question, and that his sentence should reflect the grossly improper and dangerous nature of his behavior.

11. The State has attached its proposed sentence sheet to this Memorandum for the Court's convenience.

WHEREFORE, the State requests that this Honorable Court:

A. Accept and impose the State's proposed sentence on the Defendant at the upcoming sentencing hearing; and

B. Grant such other relief as the Court deems appropriate.

Respectfully submitted,

THE STATE OF NEW HAMPSHIRE

By its counsel,

May 10, 2021

/s/ Thomas Palermo

Thomas D. Palermo, Esq.
NH Bar #271593
Assistant County Attorney
Carroll County Attorney's Office
Box 2, 95 Water Village Road
Ossipee, NH 03864
(603) 539-7769

## CERTIFICATE OF SERVICE

I, Thomas Palermo, certify that a copy of this Memorandum was forwarded on May 10, 2021, to James Loring, standby counsel for the Defendant in this matter, and to the Defendant by the email address provided to the Court.

May 10, 2021

/s/ Thomas Palermo

Thomas Palermo

THE STATE OF NEW HAMPSHIRE
Carroll County Superior Court
A TRUE COPY ATTEST:

Jean Banks, Deputy Clerk
10/26/2021

## THE STATE OF NEW HAMPSHIRE
## INDICTMENT

CARROLL, SS

NOVEMBER TERM

At the Superior Court, holden at Ossipee, within and for the County of Carroll aforesaid, on the 2nd day of November in the year of our Lord Two Thousand and Twenty,

THE GRAND JURORS FOR THE STATE OF NEW HAMPSHIRE, upon oath, present that

### GEORGE L. DORE
### (DOB: 08/11/1967)

of 26 Iras Lane, Ossipee, New Hampshire 03864, on or about the 27th day of May, 2020, at Tamworth in the County of Carroll in the State of New Hampshire aforesaid, did commit the crime of

*RECKLESS CONDUCT*
RSA: 631:3

in that:

1. George Dore;
2. Recklessly;
3. Engaged in conduct which placed or may have placed another in danger of serious bodily injury, using a deadly weapon, as defined in RSA 625:11, V;
4. To wit: George Dore was driving a Yamaha Wolverine off-highway recreational vehicle with a passenger on Route 16 when Trooper Cameron Vetter tried to initiate a traffic stop, and Dore attempted to evade Trooper Vetter by accelerating to unreasonable speed and going around several turns on Route 41 and Ossipee Lake Road at approximately 50 MPH, causing the vehicle to rock side-to-side on its wheels and risk rolling over, and swerving several times into the oncoming lane of travel, placing himself and his passenger in danger of serious bodily injury.

Said acts being contrary to the form of the Statute, in such case made and provided, and against the peace and dignity of the State.

Thomas Palermo
Assistant County Attorney

This is a true bill.

Foreperson

| | |
|---|---|
| Name: | George L. Dore |
| DOB: | 08/11/1967 |
| Address: | 26 Iras Lane, Ossipee, New Hampshire 03890 |
| RSA: | 631:3 |
| Offense level | Class B Felony (3½ - 7 years NHSP; $4,000 fine) |
| Dist/Mun Ct: | |

CHARGE ID:  1804420C

213-2020-CR-00247

THE STATE OF NEW HAMPSHIRE
Carroll County Superior Court
A TRUE COPY ATTEST:

Jean Banks, Deputy Clerk
10/26/2021

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
http://www.courts.state.nh.us

Court Name: __Carroll Superior Court__

Case Name: __STATE v. GEORGE DORE__

Case Number: __212-2019-CR-00123__ _____ Charge ID Number: __1534007C__
(if known)

## HOUSE OF CORRECTIONS SENTENCE

| Plea/Verdict: Guilty | |
|---|---|
| Crime: **Disobeying an Officer** | Date of Crime: **08/16/2018** |

A finding of GUILTY/TRUE is entered.

### CONVICTION

This conviction is for a **Misdemeanor** _____

☐ A. The defendant has been convicted of Domestic Violence contrary to RSA 631:2-b or of an offense recorded as Domestic Violence. See attached Domestic Violence Sentencing Addendum.

☐ B. The defendant has been convicted of a misdemeanor, other than RSA 631:2-b or an offense recorded as Domestic Violence, which includes as an element of the offense, the use or attempted use of physical force or threatened use of a deadly weapon, and the defendant's relationship to the victim is:

_____

OR The defendant is cohabiting or cohabited with victim as a _____.
OR A person similarly situated to _____

### CONFINEMENT

☑ A. The defendant is sentenced to the House of Corrections for a period of __12 months__ _____.

Pretrial confinement credit is _____ days.

☑ B. This sentence is to be served as follows:

☐ Stand committed ☐ Commencing _____

☐ Consecutive weekends from _____ PM Friday to _____ PM Sunday beginning _____

☑ __All but 60 days_____ of the sentence is suspended during good behavior and compliance with all terms and conditions of this order. Any suspended sentence may be imposed after hearing at the request of the State. The suspended sentence begins today and ends __2__ years from

☑ today **or** ☐ release on charge ID number _____.

☐ _____ of the sentence is deferred for a period of _____.
The Court retains jurisdiction up to and after the deferred period to impose or terminate the sentence or to suspend or further defer the sentence for an additional period of _____.
Thirty (30) days prior to the expiration of the deferred period, the defendant may petition the Court to show cause why the deferred commitment should not be imposed. Failure to petition within the prescribed time will result in the immediate issuance of a warrant for the defendant's arrest.

☐ Other: _____

☐ C. The sentence is ☐ consecutive to case number and charge ID _____
☐ concurrent with case number and charge ID _____

☐ D. The court recommends to the county correctional authority:

☐ Work release consistent with administrative regulations.
☐ Drug and alcohol treatment and counseling.
☐ Sexual offender program.
☐ _____

THE STATE OF NEW HAMPSHIRE
Carroll County Superior Court
A TRUE COPY ATTEST:

*Jean Banks*

Jean Banks, Deputy Clerk
10/26/2021

**Case Name:** STATE v. GEORGE DORE
**Case Number:** 212-2019-CR-00123
**HOUSE OF CORRECTIONS SENTENCE**

If required by statute or Department of Corrections policies and procedures, the defendant shall provide a sample for DNA analysis.

## PROBATION

☑ A. The defendant is placed on probation for a period of _____2_____ year(s), upon the usual terms of probation and any special terms of probation determined by the probation/parole officer.
  Effective:      ☑ Forthwith    ☐ Upon release from _____
  The defendant is ordered to report immediately, or immediately upon release, to the nearest Probation/Parole Field Office.

☑ B. Subject to the provisions of RSA 504-A:4, III, the probation/parole officer is granted the authority to impose a jail sentence of 1 to 7 days in response to a violation of a condition of probation, not to exceed a total of 30 days during the probationary period.

**Violation of probation or any of the terms of this sentence may result in revocation of probation and imposition of any sentence within the legal limits for the underlying offense.**

## FINANCIAL OBLIGATIONS

☐ A. **Fines and Fees:**
  Fine of $ _____, plus a statutory penalty assessment of $ **0.00** _____ to be paid:
  ☐ Today
  ☐ By _____
  ☐ Through the Department of Corrections as directed by the Probation/Parole Officer. A 10 % service charge is assessed by DOC for the collection of fines and fees, other than supervision fees.
  ☐ $ _____ of the fine and $ _____ of the penalty assessment is suspended for _____ year(s).
  **A $25.00 fee is assessed in each case file when a fine is paid on a date later than sentencing.**

☐ B. **Restitution:**
  The defendant shall pay restitution of $ _____ to _____
  ☐ Restitution shall be paid through the Department of Corrections as directed by the Probation/Parole Officer. A 17% administrative fee is assessed for the collection of restitution.
  ☐ At the request of the defendant or the Department of Corrections, a hearing may be scheduled on the amount or method of payment of restitution.
  ☐ Restitution is not ordered because: _____

☐ C. **Appointed Counsel: NOTE:** Financial Obligations, Section C is NOT a term and condition of the sentence.
  ☐ The Court finds that the defendant has the ability to pay:
  counsel fees and expenses in the amount of $ _____
  payable through _____ in the amount of $ _____ per month.
  ☐ The Court finds that the defendant has no ability to pay counsel fees and expenses.
  _____
  _____

THE STATE OF NEW HAMPSHIRE
Carroll County Superior Court
A TRUE COPY ATTEST:

*Jean Banks*

Jean Banks, Deputy Clerk
10/26/2021

Case Name: **STATE v. GEORGE DORE**
Case Number: **212-2019-CR-00123**
**HOUSE OF CORRECTIONS SENTENCE**

## OTHER CONDITIONS

☑ A. The defendant is to participate meaningfully and complete any counseling, treatment and educational programs as directed by the correctional authority or Probation/Parole Officer.

☑ B. The defendant's **driver's license** _____ in New Hampshire is revoked for a period of **6 months** ____ effective _____

☐ C. Under the direction of the Probation/Parole Officer, the defendant shall tour the _____

☐ D. The defendant shall perform _____ hours of community service and provide proof to _____ within ____ _____ of today's date.

☐ E. The defendant is ordered to have no contact with _____ either directly or indirectly, including but not limited to contact in-person, by mail, phone, e-mail, text message, social networking sites and/or third parties.

☐ F. Law enforcement agencies may ☐ destroy the evidence ☐ return evidence to its rightful owner.

☑ G. The defendant is ordered to be of good behavior and comply with all the terms of this sentence.

☐ I. Other: _____
_____
_____

For Court Use Only

THE STATE OF NEW HAMPSHIRE
Carroll County Superior Court
A TRUE COPY ATTEST:
*Jean Banks*
Jean Banks, Deputy Clerk
10/26/2021

NHJB-2312-Se (06/24/2020)                    Page 3 of 3

# THE STATE OF NEW HAMPSHIRE

**Carroll, SS**                                    **Superior Court**
                                                   **Docket # 212-2019-CR-00123**

### State of New Hampshire

**v.**

### George Dore

### ASSENTED-TO
### MOTION TO CONTINUE

NOW COMES James P. Loring, Esquire, stand-by counsel in the above-captioned matter and respectfully requests that this Honorable Court continue the sentencing hearing from May 27, 2021, to a later date.

In support thereof the Defendant states as follows:

1. Stand-by counsel has recently learned that his Mother passed away early this morning. Stand-by counsel is attempting to clear his calendar so that he can travel to New York State to join his family.

2. The State of New Hampshire, by and through Thomas Palermo, Esq., does not object to this Motion to Continue and the relief requested herein.

3. George Dore, pro-se Defendant in this matter does not object to this Motion to Continue and the relief requested herein.

WHEREFORE, the Defendant respectfully requests that this Honorable Court continue the sentencing hearing from May 27, 2021, to a later date, and for such other and further relief as this Court deems just.

Granted

*Amy Ignatius*

Honorable Amy L. Ignatius
May 26, 2021

Clerk's Notice of Decision
Document Sent to Parties
on   05/27/2021

THE STATE OF NEW HAMPSHIRE
Carroll County Superior Court
A TRUE COPY ATTEST:

*Jean Banks*

Jean Banks, Deputy Clerk
10/26/2021

65

Dated: May 24, 2021                    Respectfully submitted,

                                       Stand-by counsel,


                                       By: /s/ James P. Loring
                                       James P. Loring, Esq.
                                       240 Islington Street
                                       Portsmouth, NH  03801
                                       (603) 430-9322
                                       Bar # 1507


## CERTIFICATION

    I, James P. Loring, Esquire, hereby certify that I have this date E-served all parties to the instant case.


Dated: May 24, 2021                    /s/ James P. Loring
                                       James P. Loring
                                       Bar # 1507


2

THE STATE OF NEW HAMPSHIRE
Carroll County Superior Court
A TRUE COPY ATTEST:

Jean Banks, Deputy Clerk
10/26/2021

## THE STATE OF NEW HAMPSHIRE

**Carroll, SS**

**Superior Court
212-2019-CR-00123**

State of New Hampshire

v.

George Dore

### ASSENTED-TO MOTION TO CONTINUE

NOW COMES the Defendant, George Dore, by and through his Stand-by counsel, James P. Loring, Esquire, and respectfully requests that this Honorable Court continue the sentencing hearing scheduled in the above-captioned matter from June 9, 2021, at 1:00 pm, to a later date.

In support thereof, the Defendant states as follows:

1. That Stand-by counsel for the Defendant has been previously scheduled to appear at the Candia District Court on June 9, 2021, at 1:00 pm, for trial in the matter of the State of New Hampshire v. Jakob Glover (Docket # 422-2018-CR-01121). Jakob was arrested by the Northwood Police Department on October 20, 2018, and subsequent thereto, was charged with the offenses of DWI and Possession of a Controlled Drug. Counsel notes that George Dore is desirous having Stand-by counsel attend his sentencing hearing.

2. The State of New Hampshire by and through Attorney Thomas Palermo, assents to this Motion and the relief requested herein.

3. That all parties to this matter are available to conduct the sentencing hearing at any time on June 21, 24, 25 and 29, 2021.

WHEREFORE, the Defendant respectfully requests that this Honorable Court:

A. Continue the above-captioned matter for the sentencing hearing from June 9, 2021 at 1:00 pm, to anytime on the dates of June 21, 24, 25 or 29, 2021; and

B. For such other and further relief as this Court deems just.

THE STATE OF NEW HAMPSHIRE
Carroll County Superior Court
A TRUE COPY ATTEST:

*Jean Banks*
Jean Banks, Deputy Clerk
10/26/2021

Granted

*Amy Ignatius*

Honorable Amy L. Ignatius
June 8, 2021

Clerk's Notice of Decision
Document Sent to Parties
on   06/08/2021

Dated: June 3, 2021

Respectfully submitted,
George Dore


By his Stand-by Counsel,


/s/ James P. Loring
James P. Loring, Esq.
240 Islington Street
P.O. Box 1515
Portsmouth, NH  03802-1515
(603) 430-9322
Bar # 1507

## **CERTIFICATION**

I, James P. Loring, Esquire, hereby certify that I have this date served the State of New Hampshire by filing the instant Motion in the Court's Electronic Filing System.

Dated: June 3, 2021

/s/ James P. Loring
James P. Loring, Esq.
Bar # 1507

2

THE STATE OF NEW HAMPSHIRE
Carroll County Superior Court
A TRUE COPY ATTEST:

Jean Banks, Deputy Clerk
10/26/2021



## OFFICE OF THE CARROLL COUNTY ATTORNEY
## MICHAELA D. ANDRUZZI



June 2, 2021

*Deputy County Attorney*
*Keith Blair*

*Drug Court/Senior*
*Assistant County Attorney*
*Matthew Conley*

*Assistant County*
*Attorneys*
*John Nehrings*
*Christopher Mignanelli*
*J. Garrett Tynes*

*Special Investigator*
*Christopher Warn*

*Victim/Witness Office*
*Heather Morgan, Director*
*Marjorie Owen, Associate*

*Paralegals*
*Meghan McLaughlin*
*Amanda Esmay*

*Executive Legal Assistant*
*Bryce Couture*

95 Water Village Road
Box 2
Ossipee, NH 03864
(603) 539-7769

### REQUEST FOR SPECIAL ASSISTANT COUNTY ATTORNEY
### PURSUANT TO RSA 7:33-g

I am requesting the Attorney General's approval to appoint Department of Public Safety Prosecutor Kimberly Tessari as a Special Assistant County Attorney for the County of Carroll, to handle the sentencing in the case of State v. George Dore , (DOB 8/11/67), date of offense August 16, 2018. The sentencing hearing is set for JUNE 8, 2021.

The reason for this appointment is as follows:

The assigned attorney, who tried the case before a Superior Court jury, is leaving the office prior to the sentencing hearing. Prosecutor Tessari handled the matter in district court and has the requisite knowledge to handle the sentencing. Given our staffing shortages, it makes sense to preserve resources rather than having another attorney prepare the file for sentencing.

DATED: 06/02/2021

Michaela D. O'Rourke-Andruzzi
Carroll County Attorney

This request is approved.

DATED: 6/2/21

John Formella
New Hampshire Attorney General

THE STATE OF NEW HAMPSHIRE
Carroll County Superior Court
A TRUE COPY ATTEST:

Jean Banks, Deputy Clerk
10/26/2021

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### http://www.courts.state.nh.us

Court Name: **Carroll Superior Court**

Case Name: **State of New Hampshire v. George Dore**

Case Number: **212-2019-CR-123**
(if known)

## APPEARANCE/WITHDRAWAL

## APPEARANCE
Type of appearance (Select One)

☑ Appearance            ☐ Limited Appearance *(Civil cases only)*

If limited appearance, scope of representation:

_____

_____

_____

_____

Select One:

☐ As Counsel for:

_____
(Name)                     (Address)                        (Telephone Number)

_____
(Name)                     (Address)                        (Telephone Number)

_____
(Name)                     (Address)                        (Telephone Number)

☐ I will represent myself (*self-represented*)

## WITHDRAWAL
As Counsel for _____ _____ _____

Type of Representation: (Select one)

☐ Appearance:
   ☐ Notice of withdrawal was sent to my client(s) on: _____ at the following address:

   _____

   ☐ A motion to withdraw is being filed.

☐ Limited Appearance: (Select one)
   ☐ I am withdrawing my limited appearance as I have completed the terms of the limited representation.

   ☐ The terms of limited representation have not been completed. A motion to withdraw is being filed.

THE STATE OF NEW HAMPSHIRE
Carroll County Superior Court
A TRUE COPY ATTEST:

*Jean Banks*

Jean Banks, Deputy Clerk
10/26/2021

Case Name: State of New Hampshire v. George ~~~~~

Case Number: **212-2019-CR-123**

APPEARANCE/WITHDRAWAL

---

*For non e-filed cases:*

I state that on this date I am ☐ mailing by U.S. mail, or ☐ Email (only when there is a prior agreement of the parties to use this method), or ☐ hand delivering a copy of this document to:

---

Other party _____     Other party's attorney _____

**OR**

*For e-filed cases:*

☑  I state that on this date I am sending a copy of this document as required by the rules of the court.  I am electronically sending this document through the court's electronic filing system to all attorneys and to all other parties who have entered electronic service contacts (email addresses) in this case.  I am mailing or hand-delivering copies to all other interested parties.

---

**Kimberly J. Tessari**
Name of Filer

**NHSP-E**     **264847**
Law Firm, if applicable     Bar ID # of attorney

**1864 White Mountain Highway**
Address

**Tamworth**    **NH** ▾    **03886**
City    State    Zip code

Signature of Filer      Date

Telephone

**Kimberly.J.Tessari@DOS.NH.GOV**
E-mail

THE STATE OF NEW HAMPSHIRE
Carroll County Superior Court
A TRUE COPY ATTEST:

Jean Banks   Deputy Clerk
10/26/2021

Carroll Superior Court
E-Filed Document

**Extradition Limits:**
___ Nationwide
_x_ Limited:
   _x_ New England
   ___ East of Mississippi River

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
http://www.courts.state.nh.us

| | |
|---|---|
| Court Name: | Carroll County Superior Court |
| Case Name: | State of New Hampshire vs. George L Dore |
| Case Number: | 212-2019-CR-00123     SCN |
| (if Known) | |

## ARREST WARRANT

Arrest warrant issued for: George L Dore     D.O.B. 08/11/1967

| | | | | | | |
|---|---|---|---|---|---|---|
| Address: | 26 Iras Lane, Ossipee, New Hampshire 03890, , | | | | | |
| Personal Identifiers on File | Gender: | Male | Height: | 6'02 | Weight | 215 |
| (Provide in Criminal Cases Only) | Race: | White | Hair: | GRY | Eyes: | BRO |

THE ABOVE IDENTIFIERS ARE FOR LAW ENFORCEMENT USE ONLY

**An arrest warrant for the above named individual has been issued for the following reason(s):**

☒ Non-appearance in Court on   06-29-2021     ☐ Violations of Bail Condition(s)
☐ Violation of Court Order     ☐ Failure to Report for Sentence
☐ Violation of Probation Filed    ☐ Other (specify reason for warrant): _____

**The following bail order is made:**

☒ The above-named individual is held without bail or bond. Bail will be set by the Court upon apprehension.
☐ Bail is set in the amount of   $ _____   ☐ Cash ☐ Cash/Surety ☐ Personal Recognizance
☐ The defendant shall be released upon payment of   $ _____ , which ☐ SHALL ☐ MAY be
    forfeited without a further hearing to:
    ☐ Office of Cost Containment ☐ Department of Corrections   ☐ Court ☐ Judgment Creditor
☐ The Defendant posted recognizance and was notified to appear. A $50.00 default fee is imposed.
☐ Bail previously posted is forfeited to the State. Any interested party may contest the forfeiture within 45
    days. If corporate surety has been forfeited, the court shall notify the NH Bureau of Securities Regulation.
☐ Other Bail Conditions:

COPY
For informational pupeses only.
Non-executable.
Contact the Sheriff's Office
to verify existence of original warrant.

SO ORDERED.

         June 29, 2021

*Amy Ignatius (signature)*

| Date | Presiding Justice   Honorable Amy L. Ignatius |
|---|---|

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**The Sheriff of any county, his/her deputies or any officer authorized by law is ordered to arrest the above named individual and bring him/her before the Superior Court immediately if bail not set. Bail is set as indicated above.**

Date                     Clerk of Courts
☐ Order Expires on _____ (Civil Cases ONLY- Date to be entered by Court)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SHERIFFS RETURN

In accordance with this order _____ has been arrested and I have caused
this return to be filed with the Superior Court THE STATE OF NEW HAMPSHIRE
Carroll County Superior Court
A TRUE COPY ATTEST

Date _____

*Sheriff*

*Jean Banks (signature)*
Jean Banks, Deputy Clerk
10/26/2021

NHJB-2720-S (05/28/2015)

70

File Date: 6/29/2021 3:18 PM
Carroll Superior Court
Extradition Limits:   E-Filed Document
__ Nationwide
_x_ Limited:
__x_ New England
__ East of Mississippi River

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
http://www.courts.state.nh.us

Court Name:   Carroll County Superior Court
Case Name:   State of New Hampshire vs. George L Dore
Case Number:   212-2019-CR-00123        SCN        934143
(if Known)

## ARREST WARRANT

Arrest warrant issued for:  George L Dore                D.O.B. 08/11/1967

| | | | | |
|---|---|---|---|---|
| Address:  26 Iras Lane, Ossipee, New Hampshire 03890, , | | | | |
| Personal Identifiers on File | Gender:   Male | Height:   6'02 | Weight   215 | |
| (Provide in Criminal Cases Only) | Race:   White | Hair:   GRY | Eyes:   BRO | |

THE ABOVE IDENTIFIERS ARE FOR LAW ENFORCEMENT USE ONLY

An arrest warrant for the above named individual has been issued for the following reason(s):

☒ Non-appearance in Court on   06-29-2021             ☐ Violations of Bail Condition(s)
☐ Violation of Court Order                            ☐ Failure to Report for Sentence
☐ Violation of Probation Filed   ☐ Other (specify reason for warrant): _____

The following bail order is made:
☒ The above-named individual is held without bail or bond. Bail will be set by the Court upon apprehension.
☐ Bail is set in the amount of   $_____   ☐ Cash ☐ Cash/Surety ☐ Personal Recognizance
☐ The defendant shall be released upon payment of  $_____, which ☐ SHALL ☐ MAY be
    forfeited without a further hearing to:
    ☐ Office of Cost Containment   ☐ Department of Corrections      ☐ Court ☐ Judgment Creditor
☐ The Defendant posted recognizance and was notified to appear.  A $50.00 default fee is imposed.
☐ Bail previously posted is forfeited to the State.  Any interested party may contest the forfeiture within 45
    days.  If corporate surety has been forfeited, the court shall notify the NH Bureau of Securities Regulation.
☐ Other Bail Conditions:
_____
_____

SO ORDERED.                                          Amy Igua

          June 29, 2021
Date                              Presiding Justice   Honorable Amy L. Ignatius
*********************************************************************************************
The Sheriff of any county, his/her deputies or any officer authorized by law is ordered to arrest
the above named individual and bring him/her before the Superior Court immediately if bail not
set. Bail is set as indicated above.                Jean Banks
  6/29/2021                                        Clerk of Courts    Deputy Clerk
Date
☐ Order Expires on _____(Civil Cases ONLY- Date to be entered by Court)
*********************************************************************************************

## SHERIFFS RETURN

In accordance with this order _____ has been arrested and I have caused
this return to be filed with the Superior Court.

                                        THE STATE OF NEW HAMPSHIRE
                                        Carroll County Superior Court
_____                 Sheriff  A TRUE COPY ATTEST:
Date
                                        Jean Banks
NHJB-2720-S (05/28/2015)                 Jean Banks, Deputy Clerk
                                              10/26/2021

71

Filed Date: 10/21/2020 8:44 AM
Carroll Superior Court
E-Filed Document

# The State of New Hampshire
## SUPERIOR COURT COMPLAINT

**Case Number:** 212-2019-CR-00123          **Charge ID:** 1534007C

| ☐ | **MISDEMEANOR** | ☒ CLASS A ☐ CLASS B ☐ UNCLASSIFIED (non person) |
|---|---|---|
| **VIOLATION** | **FELONY** ☐ CLASS A | ☐ CLASS B ☐ SPECIAL ☐ UNCLASSIFIED (non person) |

You are to appear at the: **Carroll County Superior Court**
address: **93 Water Village Road, 3rd Floor**
in: **Ossipee, NH 03864**
at:
on:

Under penalty of law to answer to a complaint charging you with the following offense:

## THE UNDERSIGNED COMPLAINS THAT:

| **DORE** | **GEORGE** | **L.** |
|---|---|---|
| Last Name | First Name | Middle Name |

| **26 IRAS LANE** | **OSSIPEE** | **NH** | **03864** |
|---|---|---|---|
| Address | City | State | Zip |

| **M** | **W** | **6'02** | **215** | **BRO** | **GRY** |
|---|---|---|---|---|---|
| Sex | Race | Height | Weight | Eye Color | Hair Color |

| **08/11/1967** | **08DEG67111** | **NH** |
|---|---|---|
| DOB | License #: | OP License State: |

☐ COMM. VEH.          ☐ COMM. DR. LIC.          ☐ HAZ. MAT.          ☐ 16+ PASSENGER

AT: **Route 16B, Ossipee, New Hampshire,**
on or about the 16th day of **August, 2018,**
in the above county and state, did commit the offense of:
RSA Name: **Disobeying an Officer**
Contrary to RSA: **265:4, I(e)**
Inchoate: _____
(Sentence Enhancer): _____
And the laws of New Hampshire for which the defendant should be held to answer, in that:

1. **George Dore;**
2. **While driving or in charge of a vehicle;**
3. **Knowingly;**
4. **Refused, on demand of a law enforcement officer, to produce his license to drive the vehicle or his certificate of registration;**
5. **To wit, George Dore was driving a pick-up truck and refused to give his driver's license to Trooper Hawley Rae after she pulled him over for a traffic stop.**

against the peace and dignity of the State.
☐ Additional allegations are attached.

Date: October 20, 2020

*Thomas Palermo*          Thomas D. Palermo, Esq. #271593
Prosecutor's Signature          NH Bar ID# and Printed Name
Assistant County Attorney

NHJB-2486-S (12/01/16)

THE STATE OF NEW HAMPSHIRE
Carroll County Attorney's Office
Prosecuting Attorney's Office.
A TRUE COPY ATTEST.

*Jean Ban has*
Jean Banks, Deputy Clerk
10/24/2021

TX Result Report

06/29/2021 15:42
Serial No.   A5YN017002256
TC:   346242

| Addressee | Start Time | Time | Prints | Result | Note |
|---|---|---|---|---|---|
| 5397506 | 06-29 15:42 | 00:00:38 | 002/002 | OK | CALL |

Note    THR:Timer TX, PDL:Polling, ORG:Original Size setting, FME:Frame Erase TX,
        DPG:Page Separation TX, MIX:Mixed Original TX, CALL:Manual TX, CSRC:CSRC,
        FWD:Forward, PC:PC-FAX, BND:Double-Sided Binding Direction, SP:Special Original,
        FCODE:F-code, RTX:Re-TX, RLY:Relay, MBX:Confidential, BUL:Bulletin, SIP:SIP Fax,
        IPADR:IP Address Fax, I-FAX:Internet Fax

Result  OK: Communication OK, S-OK: Stop Communication, PW-OFF: Power Switch OFF,
        TEL: RX from TEL, NG: Other Error, Cont:Continue, No Ans: No Answer
        Refuse: Receipt Refused, Busy: Busy, M-Full:Memory Full, LOvR:Receiving length Over,
        POvR:Receiving page Over, FIL:File Error, DC:Decode Error, MDN:MDN Response Error,
        DSN:DSN Response Error, PRINT:Compulsory Memory Document Print,
        DEL:Compulsory Memory Document Delete, SEND:Compulsory Memory Document Send.

THE STATE OF NEW HAMPSHIRE
Carroll County Superior Court
A TRUE COPY ATTEST:

Jean Banks, Deputy Clerk
10/26/2021

212-2019-CR-123

# Motion to Strike
## Default Recall Warrant
Case # 212-2020-CR-00123 247

i :George-Lawrence:Dore did not
receive notice of sentencing hearing for
June 29th, 2021. Last email received was
June 8th which was a court date for June 9th
which we never received. that was cancelled,
which was for a different case. i have
never received any court dates on
sentencing hearing since the original date
in May that was suppose to happen but
Jim Lorings mother passed.

<del>Clerk's Notice of Decision
Document Sent to Parties
on</del> 07/01/2021

Thank you :George-Lawrence: Dore

Date 6/30/21

Motion to Strike or Vacate is DENIED.
The defendant was clearly served with these
notices, as The Court's records show.
He appears not to have opened the
hearing notice, which is NOT a basis to
Vacate The warrant. Choosing not to open
ones mail/e-mail does not give The person
a "pass" from appearing in court.
Army Ignatis
7/2/2021

CSC-JUN30'21AM 9:25

Amy L. Ignatius
Presiding Justice

THE STATE OF NEW HAMPSHIRE
Carroll County Superior Court
A TRUE COPY ATTEST:
Jean Banks Deputy Clerk
10/26/2021

73

Notice to:      RF 510 19 992 US 071 220

Amy L. Ignatius chosen to act as fiduciary of the GEORGE DORE TRUST. You are under your private capacity, you are under penalty of perjury to uphold your duties. Through the freedom of information, the constructive CQT to do your fiduciary duty of the GEORGE DORE TRUST as i the Beneficiary : George-Lawrence: Dore require you to fill your fiduciary duty relative to U.C.C state statute, and otherwise.

Your fiduciary duty is to vacate the warrant for Mr. George L. Dore Trust on 6/29/21, discharge/dismiss the case/Account # 212-2019-CR-00123 and the case/Account# 212-2020-CR-00247

It is Amy L. Ignatius to perform my instructions in the public and to do this in 7 days, Non-negotiable

Thank you for your help and service

: Lawrence: Dore
7/12/2021          : George-Lawrence: Dor

THE STATE OF NEW HAMPSHIRE
Carroll County Superior Court
A TRUE COPY ATTEST:
Jean Banks, Deputy Clerk

74

In Regards to Case #'s/Account #'s

212-2020-CR-00247
212-2019-CR-00123

Enclosed is-

· Affidavit of Denial of Corporation
Existence of : George-Lawrence: Dore
(4 pages)
· Copyright / Copyright Notice / Hold Harmless
Indemity Agreement
· LEGAL NOTICE AND DEMAND-
(8 pages) See Attachment A.
· LIVE LIFE-CLAIM

TOTAL ENCLOSED 25 pages with
cover letter

Please send any more Correspondence
to  GEORGE LAWRENCE DORE TRUST
P O B 479 - 1904 Village Road
Madison, NH 03849

Thank you,
· George-Lawrence: Dore

07/23/2021

Non compliant is USC 18-2076-Clerk is to file

75

ACCOUNT # ___

212-2019 -CR-00123

Registered mail # RE764693961US

Space above this line for recording purposes only

# LEGAL NOTICE AND DEMAND
### FIAT JUSTITIA, RUAT COELUM
*(Let right be done, though the heavens should fall)*



*NON WAR POWERS*
*ACT FLAG*

### To: All State, Federal and International Public Officials,
### THIS IS A CONTRACT IN ADMIRALTY JURISDICTION
### THIS TITLE IS FOR YOUR PROTECTION
**Notice to Agent is Notice to Principal. Notice to Principal is notice to Agent.**

**Attention:** Any and all Governments, Municipalities, Cities, Townships, Public Officials, Lending Institutions, brokerage firms, credit unions, depository institutions and insurance agencies, credit bureaus and the aforementioned officers, agents, and employees therein: This is a notice of the law as applicable to your corporate and personal financial liability in the event of any violations upon the rights, privileges and immunities and/or being of :George-Lawrence:Dore or the trust in representation thereof. This Contract being of honor is presented under the "**Good Faith (Oxford) Doctrine.**"

For a Collateral list that is subject to this documentation please see both Security Agreement under Item No.: 08111967-GLD-SA and SCHEDULE A.

Definitions as they apply to this Contract are enclosed in ATTACHMENT "A", and are included as a legal part of this Contract. Any dispute of any definition will be decided by the Undersigned.

**I,** :George-Lawrence:Dore, Trustee/Secured Party/Bailee, hereinafter the Undersigned, state the ensuing being of lawful majority age, clear head, and sound mind. All responses, requests and the like henceforth must be presented in writing, signed underpenalty of perjury required by your law as shown in this Legal Demand and Notice (hereinafter "Contract"). The law stated hereinis for your clarification not an agreement/omission/contract/covenant that the Undersigned has entered or agreed to enter into anyforeign jurisdiction.

It has recently come to my attention that the IRS, & the SSA, and the federal courts have willfully been making injurious "presumptions" which prejudice my Constitutional rights by trying to associate me with the "idem sonans", which is the all caps version of my Christian name which is in fact a trust previously associated with a "public office" in the United States government by virtue of the Social Security Number attached to it. Further information is to help clear up any presumptions and set the record straight.

The undersigned tendering this document is a Trustee/Secured Party/Bailee by fact; not:
1) a Strawman Vessel in Commerce,
2) Corporate Fiction,
3) Legal Entity,          of, for, by, or to
4) *ens legis*,
5) or Transmitting Utility,

1) the "United States of America".
2) the "government of the United States"
3) the "State of New Hampshire".
4) or to "UNITED STATES Corporation".

also known as the corporate "UNITED STATES, "Corp. USA", "United States. Inc.", or by whatever name may currently be known or be hereafter named, or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational governments, Corporations, agencies, or sub-Corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF NEW HAMPSHIRE", or by whatever name same may currently be known or be be hereafter named, and the like.

Further, the undersigned is **not:**
1) a citizen within;
2) surety for:
3) subject of:

to the "UNITED STATES CORPORATION" [28 U.S.C. §3002(15)(A)], also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name it may currently be known or be hereafter named, (excluding the

4) an officer of
5) and does not owe
    a. allegiance,
    b. fealty, bond,
    c. undertaking,
    or
    d. obligation,
    e. duty,
    f. tax,
    g. impost,
    h. or tribute

"united states of America" and the "government of the United States as created in the original "Constitution for the united States of America", circa 1787") or any of its agencies, or sub-Corporations, including but not limited to any de facto compact (Corporate) commercial STATES contracting therein, including but not limited to the "STATE OF NEW HAMPSHIRE", or by whatever name it may currently be known hereafter named (excluding the, "Republic of New Hampshire"), and the like. This is now being a matter of public record.

**The Vessel in Commerce** known as GEORGE LAWRENCE DORE<sup>c</sup> initially created as a trust (also known by identifyingnumbers 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/R646466) by the Government/Parents for the benefit of the Undersigned, :George-Lawrence:Dore as beneficiary on 08/11/1967. On Monday, July 03, 2021 a waiver of beneficial position was declared to take up the abandoned post of Trustee/Secured Party/Bailee to manage the affairs of GEORGE LAWRENCE DORE TRUST<sup>c</sup> for the benefit of beneficiaries thereinafter named in REGISTRY OF TRUST for the following reasons:

1)matters are not being handled with efficiency
2)in many respects matters are not being taken care of at all
3)usurpation of funds is occurring
4)there is rampant fraud and deceit
5)position of trustee has been left vacant or uncontested

Private Offset Account established at the United States Department of Treasury through a branch of the Federal Reserve Bank will remain in full effect from the initial date of creation with current office holder of Secretary of Treasury being provided appointment to trust to continue as fiduciary.

Fraud gives the victim of the fraud the right to terminate his relationship to the government:
"Si quis custos fraudem pupillo fecerit, a tutela removendus est. "
If a guardian behaves fraudently to his ward, he shall be removed from the guardianship. Jenk. Cent. 39.
[Bouvier's Maxims of Law, 1856.]

The similarity in the names of the Undersigned and the Vessel in Commerce, two distinct and separate legal entities, is testament to the undeniable propinquity. GEORGE LAWRENCE DORE<sup>c</sup> TRUST, originally an incorporeal creation of Government/Parents, is dependent upon and only exists because :George-Lawrence:Dore, a Natural Man exists as a living, breathing, flesh and blood sentient being. The Government, being an incorporeal entity can only engage another incorporeal entity, and not a real flesh and blood human, and therefore the creation of a Vessel in Commerce known commonly as GEORGE LAWRENCE DORE TRUST<sup>c</sup> was highly advantageous to Government to interface with.

Since the birth of the Undersigned, the Government has utilized the credit and future earning potential of the Undersigned, establishing and operating a Private Offset Account through the use of the Vessel in Commerce, GEORGE LAWRENCE DORE<sup>c</sup> TRUST without the knowledge, consent, or permission of the Undersigned acting to the detriment of the beneficiary :George-Lawrence:Dore, against the basic precepts of a trust. During this time the Undersigned has unknowingly been functioning as the manager of the trust, and signing as an authorized representative for the Vessel in Commerce, by signing bank checks,applications for credit and notes on behalf of the Vessel in Commerce. Now, the Undersigned acts knowing not in a beneficial position but as manager/Trustee of the trust. The Undersigned has valid documentation waiving beneficial position for the position of Trustee/Secured Party/Bailee submitted as a matter of public record by which the Undersigned became Trustee/secured party/Bailee to GEORGE LAWRENCE DORE TRUST<sup>c</sup>, and has full operating authority.

The Undersigned having full control of Trust **revokes all** permissions to the Government and/or any political subdivisions/Organizations to use copyrighted TRUST name GEORGE LAWRENCE DORE<sup>c</sup> TRUST or trust in any fashion except by explicit written request/order in direction otherwise. Said name belongs to Trust in operation by trustees wherein thegovernment/agencies thereof have no control as Trustee/Secured Party/Bailee having full mental capacity and ability to contract as well as natural right to trust holds a common-law trade-name, trademark, <sup>c</sup> as authorized representative (Attorney-In-Fact), as well as established validity of the Power of Attorney by continual non-contested use. The Private Offset Account established in the name of TRUST is the property of TRUST as well as any value that has been deposited in Private Offset Account is the property of TRUST, as any such value was created from the credit thereof. Account will remain in effect with appointment of fiduciary by form 56.

**The** Undersigned now tendering this binding Legal Notice and Demand, having herein above declared Trustee/SecuredParty's/TRUST's proper Legal Status and relation to the "Republic of New Hampshire" and to the said de facto compact (Corporate)

Legal Notice & Demand                 Page 2 of 8             08111967-GLD-LND

commercial STATES, including the "STATE OF NH", or by whatever name it may currently be known or hereafter named, does hereby state that the declarations and statements made herein are the truth, the whole truth and nothing but the truth to the best of Trustee/Secured Party's knowledge. Acknowledged by silence and acquiescence of the NH SECRETARY OF STATE, also but not limited to any public officers, agents, contractors, assigns, employees, and subsidiaries of said office, regarding the Trustee/Secured Party's "NOTICE and DEMAND", is therefore accepted and agreed to be the truth.

With silence of Corporate Office "SECRETARY OF STATE" ratifies severances of any nexus or relationship between Trustee/Secured Party/Trust and the said de facto corporate commercial STATE offices; being fraudulently conveyance, operating under "Color of Authority". Let this be known by the "Good Faith (Oxford) Doctrine" to all men and women. The Undersigned nor Trust consent to any warrantless searches, or searches that are not compliant with the "Constitution for the united States of America", all of the Amendments of the Honorable "Bill of Rights", and/or the "Constitution of the State of New Hampshire", whether of the Undersigned or trusts dwellings, cars, land crafts, watercrafts, aircrafts, the Undersigned himself and current location, property, hotel rooms, apartments, business records, business, or machinery, vehicles, equipment, supplies, buildings, grounds, land in private possession or control of the Undersigned or Trust, past, present, and future, now and forevermore, so help me God.

This notice is in the nature of a Miranda Warning *"Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them."* Take due heed of its contents. If, for any reason, you do not understand any of these statements or warnings, it is incumbent upon you to summon a superior officer, special prosecutor, federal judge, or other competent legal counsel, to immediately explain to you the significance of this presentment as per your duties and obligations in respect to this private formal, notarized, registered Statute Staple Securities Instrument. As per Title 11 USC 501(a), 502(a), and Federal Rules of Civil Procedure Sections 8-A, and 13-A, the claim or presumption that I, :George-Lawrence:Doreor GEORGE LAWRENCE DORE© TRUST (simply know herein as Trust) as aforestated am not a citizen within; surety for; subject of; and do not owe allegiance, or fealty as aforestated to the any of the aforementioned or the like, and herein is forever rebutted by this counterclaim in Admiralty.

By this record let it be known that the Undersigned and Trust do not at any time waive any rights, capacities, privileges, immunities, defenses, or protections, as acknowledged by the "Constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of New Hampshire", nonetheless, demanding that you protect these as you swore an oath(s) to do so. The Undersigned accepts you're lawfully required "Oath(s) of Office," bonds of any type, insurance policies, CAFR funds, and property of any type for protection and making whole. Furthermore, should you witness any public officers at this time, or any time past, present, or future violate any of the rights, privileges, immunities, defenses, or protections of the, Undersigned or the Trust that he represents, it is your sworn duty (of oath) to immediately arrest, or have them arrested. You are legally required to charge them as you should any law breaker, regardless of officer's title, rank, uniform,cloak, badge, position,stature, or office; or you shall henceforth be accountable for monetary damages from, but not limited to,your monetary liability,your corporate bond, compensatory costs, punitive procurements, and sanctioned by attorney attributions.

NOTE: A true and correct notarized copy of this Statute Staple Securities Instrument has is on file not only with the Secretary of State's office, but also been delivered to several trusted parties apprising them of the Undersigned's policy of presenting this security instrument to each and every public officer who approaches the Undersigned or the Trust violating the Undersigned and/or Trusts unalienable rights including, but not limited to right of liberty and free movement upon any common pathway of travel. The Undersigned has a lawful right to travel, by whatever means, via land, sea or air, without any officer, agent, employee, attorney, or judge, in any manner willfully causing adverse effects or damages upon the Undersigned by an arrest, detainment, restraint, or deprivation. With regard to any encounter or communication with the de facto compact (Corporate) commercial STATES, including the "STATE OF NEW HAMPSHIRE", or by whatever name it may currently be known or be hereafter named, the Undersigned will be granted the status and treatment of a foreign Sovereign, a foreign diplomat, by all customs officials. This document or the deposited copy thereof becomes an evidentiary document certified herein, as if how fully reproduced, should any court action be taken upon the Undersigned as caused by your acts under color of law with you, your officers, and employees.

Take note; you are now monetarily liable in your personal and corporate capacity. The Undersigned, notwithstanding anything to the contrary, abides by all laws in accordance with the "Constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of New Hampshire" which are applicable to non-domestic non-assumpsit non-residents on sojourn. The Undersigned wishes no harm to any man or woman. You agree to uphold my "Right to Travel".

BE WARNED, NOTICED, AND ADVISED that in addition to the constitutional limits on governmental authority included in the "Constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of

New Hampshire", the Undersigned relies upon the rights and defenses guaranteed under Uniform Commercial Code(s), common equity law, laws of admiralty, and commercial liens and levies pursuant, but not limited to, Title 42 U.S.C.A.(Civil Rights),Title 18U.S.C.A. (Criminal Codes), Title 28 U.S.C.A. (Civil Codes), to which you are bound by office and oath, the "Constitution of the State of New Hampshire", and NEW HAMPSHIRE penal codes, in as much as they are in compliance with the "Constitution for the united States of America", Bill of Rights, and/or the "Constitution of the State of NEW HAMPSHIRE", as applicable.  There can be no violation of any of these laws unless there is a victim consisting of a natural flesh and blood manor woman who has been injured. When there is novictim, there is no crime committed or law broken.

   **Remember in** taking a solemn binding oath(s) to protect and defend the original Constitution for the United States of America circa (1787) and/or the Constitution of the State of New Hampshire against all enemies, foreign and domestic. Violation(s)of said oath(s) is perjury, being a bad-faith doctrine by constructive treason and immoral dishonor. The Undersigned accepts said Oath(s) of Office that you have sworn to uphold.

   This legal and timely notice, declaration, and demand is prima facie evidence of sufficient Notice of Grace. The terms and conditions of this presentment agreement are a quasi-contract under the Uniform Commercial Code and Fair Debt Collections Act.  These terms and conditions are not subject to any or all immunities that you may claim, should you in any way violate The Undersigned's rights or allow violations by others.  Your corporate commercial acts against The Undersigned or The Undersigned's own and your failures to act on behalf of same, where an obligation to act or not to act exists, are ultra vires and injurious by willful and gross negligence

   The liability is upon you, and/or your superior, and upon, including any and all local, state, regional, federal, multijurisdictional, international, and/or corporate agencies, and/or persons representing or attached to the foregoing, involved directly or indirectly with you via any nexus acting with you; and said liability shall be satisfied jointly and/or severally at The Undersigned's discretion.  You are sworn to your Oath(s) of Office, and I accept your Oath(s) of Office and your responsibility to uphold the rights of The Undersigned or The Undersigned's own at all times.

**BILLING COSTS ASSESSED WITH LEVIES AND LIENS AND OR TORT UPON VIOLATIONS SHALL BE:**

**-Unlawful Arrest, Illegal Arrest, Restraint, Distraint, or Trespassing/Trespass**

without a lawful correct and complete 4th amendment warrant: $2,000,000.00 (Two Million) US Dollars, per occurrence, per officer, official, agent, or Representative involved.

**-Excessive Bail, Fraudulent Bond, Cruel and Unusual Punishment, Violation of Right to Speedy Trial, Violation of Right to Freedom of Speech, Conspiracy, Aid and Abet, Racketeering, and or Abuse of Authority**

as per Title 18 U.S.C.A., §241 and §242, or definitions contained herein: $2,000,000.00 (Two Million) US Dollars, per occurrence, per officer, official, agent, or Representative involved.

**-Assault and Battery with Weapon:**

$3,000,000.00 (Three Million) US Dollars, per occurrence, per officer, official, agent, or Representative involved.

**-Unlawful Distraint, Unlawful Detainer, or False Imprisonment:**

$5,000,000.00 (Five Million) US Dollars, per day, per occurrence, per officer, official, agent, or Representative involved, plus 18% annual interest.

**The Placing of an Unlawful or Improper Lien, Levy, Impoundment, or Garnishment against any funds, bank accounts, savings, accounts, retirement funds, investment funds, social security funds, intellectual property, or any other property belonging to the Secured Party by any agency:**

- $2,000,000.00 (Two Million) US Dollars per occurrence, and $100,000.00 (One Hundred Thousand) US Dollars per day penalty until liens, levies, impoundments, and/or garnishments are ended and all funds reimbursed, and all property returned in the same condition as it was when taken, with 18 % annual interest upon the Secured Party's declared value of property.

CSC-JUL38:27PM 403

THE STATE OF NEW HAMPSHIRE
Carroll County Superior Court
A TRUE COPY ATTEST:

*Jean Banks*  Deputy Clerk
10/24/2021

| | | |
|---|---|---|
| -Assault or Assault and Battery without Weapon; -Unfounded Accusations by officer of the court; -Denial and or Abuse of Due Process; -Obstruction of Justice; Reckless Endangerment, Failure to Identify and/or present credentials and/or Failure to Charge within 48 (Forty-Eight) Hours after being detained; -Counterfeiting Statute Staple Security Instruments; -Unlawful Detention, or Incarceration; -Incarceration for Civil or Criminal Contempt of court without lawful, documented-in-law, and valid reason; -Disrespect by a Judge or Officer of the Court; -Threat, Coercion, Deception, or Attempted Deception by any Officer of the Court; -Coercing or Attempted Coercion of the Trustee/Secured Party/Bailee to take responsibility for the trust against his Will: | | $2,000,000.00 (Two Million) US Dollars, per occurrence, per officer, official, agent, or Representative involved. |
| -Destruction, Deprivation, Concealment, Defacing, Alteration, or Theft, of Property | including buildings, structures, equipment, furniture, fixtures, and supplies belonging to the Secured Party will incur a penalty equal to the total new replacement costs of property, as indicated by Secured Party, including but not limited to purchase price and labor costs for locating, purchasing, packaging, shipping, handling, transportation, delivery, set up, assembly, installation, tips and fees, permits, replacement of computer information and data, computer hardware and software, computer supplies, office equipment and supplies, or any other legitimate fees and costs associated with total replacement of new items of the same type, like kind, and/or quality, and quantity as affected items. The list and description of affected property will be provided by the Secured Party and will be accepted as complete, accurate, and uncontestable by the agency, or Representative thereof that caused such harm or deprivation of rights. In addition to the aforementioned cost, there will be a $200,000.00 (Two Hundred Thousand) US Dollars per day penalty until property is restored in full, beginning on the first day after the occurrence of the incident, as provided by this Contract. | |
| The Undersigned does not grant entrance under any circumstances to enter any property at which the undersigned is located, leasing, owns or controls at any time for any reason without the Undersigned's express written permission. | | Violation of this Notice will be considered criminal trespass and will be subject to a $2,000,000.00 (Two Million) lawful US Silver dollar penalty plus damages, per violation, per violator. |

All penalties contained herein will be subject to a penalty increase of $1,000,000.00 (One Million) US Dollars per day, plus interest, while there is any unpaid balance for the first (30) days after Default of payment. This penalty will increase by 10% per each day until balance is paid in full, plus 18% annual interest, beginning on the thirty first (31st) day after Default of payment. All penalties in this document are assessed in lawful money and are to be paid in one troy ounce US Silver Dollars that are .999 pure silver or equivalent par values in legal tender or fiat paper money. Par value will be determined by the value established by a one troy ounce .999 pure silver coins at the US MINT, or by law, whichever is highest in value at the time of the incident. Any dispute over the par value will be decided by the Undersigned, or The Undersigned's designee.

## CAVEAT

The aforementioned charges are billing costs derived from, but not limited to, Uniform Commercial Codes, the Fair Debt Collection Practices Act and this Contract. These charges shall be assessed against persons, governmental bodies, and corporate entities supra, or any combination thereof when they individually and/or collectively violate the Undersigned/Trust rights, privileges, capacities, and immunities under the "Constitution for the united States of America", the Honorable "Bill of Rights" and/or "Constitution of the State of NEW HAMPSHIRE", each of which establishes jurisdiction for you in your normal course of business. All violations against the Undersigned/Trust will be assessed per occurrence, and individually and personally; Representative of any branch of government, agency, or group that is involved in any unlawful action against TheUndersigned.

By your actions, carried out to The Undersigned/Trust's harm, said actions being *ultra vires* of the limits of power properly placed on the exercise of authority and power of such office and made in conflict with your oath(s) of office or of that of your principal you shall lack recourse for all claims of immunity in any forum. You're knowing consent and admission of perpetrating known acts by your continued *ultra vires* enterprise is a violation of The Undersigned/Trust rights, privileges, capacities, and immunities. This **Statute Staple Securities Instrument** exhausts all state maritime Article 1 administrative jurisdictions and protects Article III court remedies, as guaranteed in the Constitution for the united States of America, including but not limited to Title 42 U.S.C.A, Title 18 U.S.C.A (including, but not limited to § 242 thereof), and Title 28 U.S.C.A. In short All Rights Reserved.

**IGNORANCE OF THE LAW IS NO EXCUSE**

THE STATE OF NEW HAMPSHIRE
Carroll County Superior Court
A TRUE COPY ATTEST 08|11967-GLD-LND

Jean Banks, Deputy Clerk
10/26/2021

**I, :George-Lawrence:Dore**, Trustee/Secured Party/Bailor am the principal, and you are the agent. Fail not to adhere to your oath(s), lest you be called to answer before one God and one Supreme Court of Exclusive and Original Jurisdiction, which is the court of first and last resort, not excluding my "Good Faith Oxford Doctrine" by my conclusive honorable "Bill of Rights."

This **Statute Staple Securities Instrument** is not set forth to threaten, delay, hinder, harass, or obstruct in any manner, but rather to protect guaranteed Rights and Defenses assuring that at no time my Inalienable Rights are ever waived or taken from the undersigned against my will by threats, duress, coercion, fraud, or in any case without my express written consent of waiver. None of the statements contained herein intend to threaten or cause any type of physical or other harm to anyone. The statements contained herein are to notice any persons, whether real or corporate, of their potential personal, civil and criminal liability if and when such persons violate The Undersigned/Trust's Unalienable Rights as protected by the original "Constitution for the united States of America" circa (1787), "Bill of Rights" and/or the "Constitution of the State of New Hampshire." A bona fide duplicate of this paperwork is safely archived with those who testify under oath that it is The Undersigned's stated standard policy to ALWAYS present this NOTICE to any public or private, officer, official, or agent attempting to violate The Undersigned's rights. It is noted on the record that by implication of said presentment, this notice has been tendered by way of registered mail to SECRETARY OF STATE. Said presentment is prima facie evidence of your receipt and acceptance of this presentment in both your official and personal capacity, jointly and severally for each and all governmental political and corporate bodies. Any other individuals who have been, are, or hereafter are involved in any actions now existing or that may arise in the future against The Undersigned shall only correspond to The Undersigned in writing while signing under penalty of perjury pursuant but not limited to Title 28 U.S.C.A. §1746.

## SUMMATION

Should you move against The Undersigned or Trust in defiance of this presentment, there is no immunity from prosecution available to you, or any of your fellow public officers, officials of government or private corporations, judges, magistrates, district attorney, clerks or any other persons who become involved in any actions now existing or that may arise in the future against The Undersigned or Trust by way of aiding and abetting other actors. Take due heed and govern yourself accordingly. Any or all documents tendered to The Undersigned/Trust, lacking bona-fide ink signatures or dates per Title 18 U.S.C.A. § 513-514 are counterfeit security instruments causing you to be liable in your corporate and personal capacity by fraudulent conveyance now and forevermore. If and when you cause any injury and/or damages to the Undersigned or Trust, by violating any of the rights, constitutional rights, civil rights, privileges, immunities, or any terms herein, you agree to willingly, with no reservation of rights and defenses, at the written request of the Undersigned/Trust, surrender, including, but not limited to, any and all bonds, public and/or corporate insurance policies; and/or CAFR funds as needed to satisfy any and all claims as filed against you by the Undersigned or Trust. This applies to any and all Representatives, severally and individually of the "united States of America", the "government of the United States as created in the original Constitution for the united States of America, circa 1787", the "State of New Hampshire", i.e., "Republic of New Hampshire", or to your "UNITED STATES CORPORATION", also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name same may currently be known or be hereafter named, or any of its subdivisions including but not limited to local, state, federal, and/or international or multinational governments, Corporations, agencies, or sub-Corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF NEW HAMPSHIRE", or by whatever name same may currently be known or be hereafter named, and the like.

This document cannot be retracted by any Representative, excluding the Undersigned on this registered document, for one hundred years from date notarized on this legally binding **Statute Staple Security Instrument.**

**ATTENTION:**

Unless this is rebutted within the time limit contained herein, and the conditions of the rebuttal are met, you, or any Representative in any capacity of any agency, government, Corporation, or the like, agree to abide by this Contract anytime you interact with The Undersigned. This document will be on file in the public record. Your Failure to timely rebut the statements and warnings herein constitute your complete, tacit agreement with all statements and warnings contained herein. Your presumptions that the Undersigned/Trust is a "Corporate Fiction" or "Legal Entity" under the jurisdiction of the "Government of the United States" and/or "UNITED STATES Corporation", and that the Undersigned or trust is under the jurisdiction of the "UNITED STATES Corporation" are now and forever rebutted

Your failure to timely make rebuttal so leaves you in the position of accepting full corporate and personal responsibility for any and all liabilities for monetary damages, as indicated herein, that Undersigned or Trust incurs by any adversely affecting injuries caused by your overt, or covert actions, or the actions of any of your fellow public officers and agents in this or any other relevant matters as described herein or related thereto in any manner whatsoever. You have Thirty (30) days, from the date of

Legal Notice & Demand                    Page 6 of 8

THE STATE OF NEW HAMPSHIRE
Carroll County Superior Court 08/ 0967-GLD-LND
A TRUE COPY ATTEST:

*Jean Banks*
Jean Banks, Deputy Clerk
10/26/2021

receipt of these documents by the Secretary of State's office, to respond and rebut the presumptions of any portion or this entire document/Contract, or you stand in total agreement to each and every statement made herein, by submitting to the Undersigned:

1)   signed, certified, authenticated documents of the laws that rebut these declarations point by point
2)   In written form with legal/lawful, verified, certified documentation in law, with copies of said law enclosed.
3)   Parties making rebuttals to this agreement must print or type their full name and sign their rebuttal in blue ink.
4)   Must be accompanied with a copy of proper identification for the person making the rebuttal, such as a driver license, passport or birth certificate, a copy of the person's badge and/or other identification that signifies the person's official capacity, and provide the following information:
     a.   full legal name
     b.   address;
     c.   name of department, bureau, agency, or Corporation by which the person is employed or acts as a Representative
     d.   supervisor's name and mailing address
5)   certified copy of oath(s) of office if such is required by law;
6)   if a member of the state bar, a certified copy of the person's bar card and license to practice law;
7)   if the person is required by law to be bonded
     a.   a certified copy of the person's official bond,
     b.   name, address, and phone number of the bonding company;
8)   if covered by a corporate insurance policy
     a.   a certified copy of the insurance policy
     b.   the name, address, and phone number of the insurance company
9)   if a beneficiary of a CAFR
     a.   a certified copy of the CAFR policy
     b.   the name, address and phone number of the administrator.
10) This documentation must be provided on and For the Record under penalties of the law including perjury.

**Note: Non response is agreement. Partial response without rebuttal is agreement. Any points left unrebutted are points in agreement.** Ignorance of the law is no excuse. Therefore, the Constitution places the burden of proof back upon the government, as required by the Administrative Procedures Act, 5 U.S.C. §556(d).

**ALL OTHER CORPORATIONS** not limited to: telephone companies, cable companies, utility companies, contractors, builders, maintenance personnel, investors, journeymen, inspectors, law enforcement officers, officers of the court, manufacturers, wholesalers retailers, and all others, including all persons natural or fictional, including, but not limited to corporations, limited liability companies, limited liability partnerships, limited and general partnerships, trusts, foundations, DBAs, and AKAs are bound by all paragraphs, terms, and conditions herein, regardless of the nature of limited liability corporation(s) or affiliations such as "DBA's," "AKA's," incorporations, or any types of businesses in commerce as deeded by this securities agreement and decree.

**YOU ARE FINALLY NOTICED,** having been given knowledge of the law and your personal financial liability in event of any violations of The Undersigned's rights and/or being. This **Statute Staple Securities Instrument** now in your hand constitutes timely and sufficient warning by good faith notice and grace regardless of your political affirmations

**Additional Rights and Defenses – Twenty-Five sovereign "People" Magna Carta Grand Jury:** In addition to any other rights or defenses that are afforded to The Undersigned by right and by this Contract, the Undersigned has the right to appeal to a "Twenty Five sovereign "People" Magna Carta Grand Jury" for the restoration of property, liberties, or rights of which The Undersigned has been dispossessed by an "Oppressing Government" or its Representatives. If The Undersigned shall have been dispossessed by the "united States of America", the "government of the United States", the "State of New Hampshire", or the "UNITED STATES Corporation", or any Representative thereof without a legal verdict of the Undersigned's Peers, of the Undersigned'sproperty, liberties, or rights, even if such taking was by way of lien, levy, attachment, or garnishment, the Oppressing Governmententity or Representative thereof shall immediately restore these things to the Undersigned. Should the Oppressing Governmentor Representative thereof fail to restore the property, liberties, or rights of which the Undersigned has been dispossessed, thenthe Undersigned may by right bring the matter before four of the sovereign "People" asking for relief from the transgressions ofthe Oppressing Government or Representative thereof. The four sovereign "People" shall petition the Oppressing Governmentfor a redress of grievances, showing to the Oppressing Government its error, and asking the Oppressing Government to causethat error to be amended without delay. Should the Oppressing Government not amend that error within a term of forty (40) daysfrom the time when the petition for redress of grievances is presented to the Oppressing Government, the four sovereign "People"shall refer the matter to the remainder of the "Twenty Five sovereign "People" Magna Carta Grand Jury" and they shall distrain

THE STATE OF NEW HAMPSHIRE

Carroll County Superior 0861 96JeLD-LND
A TRUE COPY ATTEST:

Jean Banks, Deputy Clerk
10/26/2021

and oppress the Oppressing Government and its Representative by taking their property and possessions in every way that they can, until amends shall have been made according to their judgment. Any citizen of the united States of America, the United States, or of the several States may swear to assist in carrying out the judgment of the "Twenty Five sovereign "People" Magna Carta Grand Jury", and with them any such citizen may take the property and possessions of the Oppressing Government. If any citizens be unwilling to swear to assist in carrying out the judgment of the "Twenty Five sovereign "People" Magna Carta Grand Jury", the "Twenty Five sovereign "People" Magna Carta Grand Jury" shall make them to swear by the mandate of the "Twenty Five sovereign "People" Magna Carta Grand Jury". At all times the decision of a majority of the "Twenty Five sovereign "People" Magna Carta Grand Jury" shall be considered binding and valid on the whole. And the aforesaid Twenty Five shall swear that they will faithfully observe all the foregoing, and will cause them to be observed to the extent of their power. The Oppressing Government or representative shall obtain nothing from any one, either through itself or through another, by which the powers of the "Twenty Five sovereign "People" Magna Carta Grand Jury" may be revoked or diminished. And if any such thing shall have been obtained, it shall be vain and invalid, and the offending government or reprehensive shall never make use of it either through itself or through another. The judgment of the "Twenty Five sovereign "People" Magna Carta Grand Jury", both by rule of law longtime standing and by the terms of this Contract, shall not be overturned by court, as there is no higher court in the realm.

## NOTICE TO CLERK AND RECORDER

**Pursuant** to Title 18 U.S.C., chapter 101 § 2071(b), "Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and shall be disqualified from holding any office under the United States."

## NOTICE TO AGENT IS NOTICE TO PRINCIPAL AND NOTICE TO PRINCIPAL IS NOTICE TO AGENT

LS: *George - Lawrence : Dore*
:George-Lawrence:Dore.
Trustee/Secured Party/Bailor
authorized representative of
GEORGE LAWRENCE DORE TRUST

**SUBSCRIBED AND AFFIRMED:** On this __19__ day of __July__, 2021 AD before me appeared :George-Lawrence:Dore, known to me or proved to me on the basis of satisfactory evidence to be the man whose name is subscribed on this **Statute Staple Securities Instrument**.

_Allison M. Valletta_
Notary Public                   SEAL:
My Commission Expires __8-14-2024__

**ALLISON M. VALLETTA**
NOTARY PUBLIC - NEW HAMPSHIRE
My Commission Expires August 14, 2024

We, the undersigned witnesses, do hereby swear or affirm that it is the stated policy of :George-Lawrence:Dore to present this "LEGAL NOTICE AND DEMAND" to all law enforcement officers, agents, or Representative of the "united States of America".the "government of the United States as created in the original Constitution for the united States of America, circa 1787", the "State of New Hampshire". i.e., "Republic of New Hampshire", or to your "UNITED STATES CORPORATION", also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name same may currently be known or be hereafter named, or any of its subdivisions including but not limited to local, state, federal, and/orinternational or multinational governments, Corporations, agencies, or sub-Corporations, and any de facto compact (Corporate)commercial STATES contracting therein, including the "STATE OF NEW HAMPSHIRE", or by whatever name same may currently be known or be hereafter named, and the like, anytime that Secured Party has any interaction with them.

LS: _____
First Witness:
Date: 7-19-2021

LS: _____
Second Witness:
Date: 7-19-2021

Affidavit of :George-Lawrence :Dore- page one of Four
Affidavit of Denial of Corporation Existence of :George-Lawrence
:Dore,

One, :George-Lawrence =Dore, the live man and Massachusetts
Exempt (hereinafter "Affiant"), declares and states
that the following facts are true to the best of my
Knowledge and belief and of which One has first hand
Knowledge of the matters stated herein.
One, :George-Lawrence :Dore, is of the age of majority
and competent to testify on the matters stated herein.
If any man or woman desires to answer this Affidavit,
please do so in the manner of this instrument. By
Notarized Affidavit using your Christian of family name
for signature and mail to the below-named Notary,
address provided, within 5 days or default will be
obtained. Your hand-written signature only, do not type
it out,

1. Affiant hereby denies that the following Corporations exist and
their capacity to sue or be sued, is challenged by negative
averment persuant to F.R.C.P. 9 (a):

   THE UNITED STATES, aka THE UNITED STATES OF AMERICA
   THE STATE OF NEW HAMPSHIRE
   THE COUNTY OF CARROLL
   OSSIPEE
   ALL BAR ASSOCIATIONS
   THE UNITED STATES DISTRICT COURT
   GEORGE DORE of PO Box 479 MADISON NH 03849

THE STATE OF NEW HAMPSHIRE
Carroll County Superior Court
A TRUE COPY ATTEST.
Jean Banks, Deputy Clerk
10/27/2021

THE STATE OF NEW HAMPSHIRE Carroll County Superior Court A TRUE COPY ATTEST: Jean Banks, Deputy Clerk

and all other corporate members who are, or may be associated with any complaints against my natural body.

2. One, :George-Lawrence: Dore, has no contract with the state or federal governments, which give Equity Jurisdiction to the courts. One has no bank account, no credit card.

3. One has rescinded the governments social security Number and any present or future benefits, it that social system for religious conviction

4. One, : George-Lawrence: Dore, has signed no International Maritime Agreement with the state of New Hampshire or federal governments, either intentionally, willingly, or knowingly, with would give Admiralty or Vice Admiralty jurisdiction to the courts of either the state or federal governments and does not voluntarily submit to any of those jurisdictions

5. One, :George-Lawrence: Dore is subject only to common law of the republic state of New Hampshire and United States of America and is not subject to any corporation of its system of Administrative Law.

6. One, : George-Lawrence: Dore, is not a corporation or Member of a corporation, a Trustee or Beneficiary of any trust created by government, is not a legal fiction or a juristic personality and refutes any unknown nexus which might attach him to any such entity or jurisdiction.

7. One :George-Lawrence. Dore cannot be held in involuntary servitude or peonage persuant to Thirteenth Amendment to the United States Constitution.

8, One cannot be held as surety or collateral for any Bankruptcy of the corporate Federal or state governments without my permission, which has never been given

9. One, :George-Lawrence:Dove has never applied for Bankruptcy and never given his permission to the State of Federal governments for his participation in any bankruptcy scheme of the Federal or state governments of the Federal Reserve Bank, Inc.

10. One, :George-Lawrence:Dove is a live natural Man living upon the Soil of the sovereign Republic of :George-Lawrence:Dove.

11. One :George-Lawrence:Dove is not subject to Federal law legislated by Congress under its authority of Article IV of the Constitution for the United States or state or Federal Admiralty/Equity judicial jurisdiction.

12. One George-Lawrence:Dove is subject only to law legislated by Congress under its authority of Article I of the constitution for the United States, if the law has complied with the Paperwork Reduction Act, the Administrative Procedures Act and the Federal Register Act, which would specifically identify the law as being applicable to the general population of the fifty Union States of America.

13. One: George-Lawrence: Dove is subject only to a republican Form of Government pursuant to the national Constitution of New Hampshire under the equal footing doctrine of the Constitution for the United States of America, not under a corporate Municipal form or quasi-military form of government known as either a Democracy or Martial Rule

14: George-Lawrence:Dove I punctuate my name because it makes me a fact Not a adjective pronoun fiction

— See Notary Instructions

THE STATE OF NEW HAMPSHIRE
Carroll County Superior Court
A TRUE COPY ATTEST:

Jean Banks

Jean Banks, Deputy Clerk
10/25/2021

:eorge - Lawrence : Dore
George : Lawrence : Dore . George- Lawrence: Dore, in sui juris capacity
23 July- copy-claim
2021

Notarial Certification

On this 22 day of July ,A.D. 2021),
a live man who identified his self as :George-Lawrence:Dore
appeared before me, a Notary Public for the
STATE OF NEW HAMPSHIRE and attested to the
truth of this affidavit with his private Seal
and Signature.

Holly Krafton
300 Rte 16B
Ctr Ossipee NH

Name of Notary and their address

THE STATE OF NEW HAMPSHIRE
Carroll County Superior Court
A TRUE COPY ATTEST:

Jean Banks, Deputy Clerk
10/27/2021

: George - L_____
: 05-May
Copyright / C_____

RE 612 25_____ US

:C.-S.-S.-C.-P.-S.-G.-FLAG OF THIS VESSEL.

**FOR THE CLAIMANT'S-KNOWLEDGE OF THIS LIVE-LIFE IS WITH THIS CLAIM BY THIS CLAIMANT.**

~1 FOR THIS CLAIMANT'S-KNOWLEDGE OF THIS LIVE-LIFE IS WITH THIS CLAIM OF THE LIVE-BIRTH-NAME: George - Lawrence : Dore_____.
ON THIS DATE-~ 11 DAY WITHIN THE MONTH-~ August _____ IN THE YEAR-~ 1967 BY THESE WITNESSES AND: CLAIMANT.

~2 FOR THESE WITNESSES-KNOWLEDGE OF THIS LIVE-LIFE-BIRTH IS WITH THE LOCATION IN THE CITY-~ Lawrence _____ TOWN-~ _____
TERRITORY-~ America _____ COUNTY-~ Essex _____ BY THE
PARENTS: FATHER: George - Walter : Dore _____,
MOTHER: Linda - Louise : Dore _____.

~3 FOR THESE WITNESSES OF THIS LIVE-LIFE-BIRTH ARE WITH THE CLAIM OF THE CLAIM FOR THIS LIVE-LIFE-BIRTH-DOCUMENT: George - Lawrence : Dore

: Colt-Jacob : Avery _____, : Mackenzie-Ann : Belanger.

~4 FOR THIS PICTURE, FINGERPRINT-SEAL AND: DNA-SAMPLE OF THIS CLAIMANT ARE WITH THESE CLAIMS OF THIS FACTUAL-LIVE-LIFE-BIRTH:

:PICTURE:            :FINGERPRINT:            :DNA-BLOOD/SALIVA:

: Colt - Jacob : Avery :
:AUTOGRAPH-WITNESS-
COPYRIGHT/COPYCLAIM.

: Mackenzie - Ann : Belang___
:AUTOGRAPH-WITNESS-
COPYRIGHT/COPYCLAIM.

: George - Lawrence :
:AUTOGRAPH-CLAIMANT-LIVE-BIRTH-COPYRIGHT/COPYCLAIM-~ Wednesday
-~ 05 -~ May        -~ _____ .RE 612 250 801 US

THE STATE OF NEW HAMPSHIRE
Carroll County Superior Court
A TRUE COPY ATTEST.
Jean Banks 10/07/2021
Jean Banks, Deputy Clerk

FOR THIS COPYRIGHT/COPYCLAIM-~2~ FEBRUARY-~2000 BY THIS PLENIPOTENTIARY-JUDGE: David-wynn: Miller WITH THE CONTRACT-STATES-CORPORATION OF THIS LIFE-

# ATTACHMENTS 'A' - DEFINITIONS

1. **Abuse of Authority**: Means anyone who denies, withholds, refuses, deprives, limits, inhibits, counteracts, conceals, any right, benefit, protections, or privilege, as protected by the "Constitution for the united States of America", the Honorable "Bill of Rights, and/or the "Constitution of the State of New Hampshire". This includes arrest or detainment without documented evidence that a lawful crime has been committed by the Trustee/Secured Party/Bailee (hereafter Secured Party). This includes use of restraint devices on the Secured Party and/or physical abuse that makes any marks, scars, cuts, abrasions, or the like. This also includes denial of lawful Due Process, HabeasCorpus, Excessive Bail, Unlawful Arrest, Unlawful Detention, or the like, as outlined in this Contract.

2. **Abuse of Due Process**: Means any action against the Secured Party, when said action does not abide by all the rights and defenses contained in or represented by the "Constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of New Hampshire." This includes any charge, or claim, civil or criminal, or in admiralty, that is alleged or made by any Representative of the "government of the United States" or the "UNITED STATES Corporation".

3. **Agency, Entity, Department, Sub Division, Subsidiary, Contractor, Employee, Inspector, Investigator, Organization, Officer, Official, Agent, Branch of Government, Group, Authorized Representative, Policeman, Police Officer, Participant**: Means any person, Corporation, or entity of any kind, which works for, is compensated all or in part by, receives funds or collects funds for, contracts with, receives any benefit from, receives any privilege from, participates with, has allegiance to, or in any way has a relationship with, the "government of the United States" or the "UNITED STATES Corporation" or any of its subsidiaries, sub- Corporations, departments, or agencies, etc. The word "**Representative**" where used in this Contract, shall have the same meaning.

4. **Aiding and Abetting**: Means the efforts of any Representative of the "government of the United States" or the "UNITED STATES Corporation" or officer of the court to assist another of the same to hinder, coerce, restrict, resist, suppress, or deprive in any way, the Secured Party from receiving any and all rights, benefits, privileges, as provided by the Constitution for the united States of America, the Bill of Rights, and/or the "Constitution of the State of NH" or that would normally be offered to a citizen of the United States or of the State of New Hampshire. This also includes the provisions as provided in item #62 "**Racketeering**" and suppression of evidence.

5. **Appellation:** means: A general term that introduces and specifies a particular term which may be used in addressing, greeting, calling out for, and making appeals of a particular living, breathing, flesh-and-blood man.

6. **Artificial Person**: Means a fictitious entity/trust that was created by the "government of the United States" and/or parents acting unknowingly in concert or the "UNITED STATES Corporation" for transacting in commerce. This artificial Man or Strawman is represented by the all capital letter name that appears to be spelled the same as the name of the Natural Man or Woman. When the Artificial Person is used in commerce by the Secured Party, it is a transmitting utility.

7. **Assault and Battery with Weapon**: Means any use of, threatened, or perceived use of any weapon, against Secured Party, by any Representative of the "government of the United States" or the "UNITED STATES Corporation" that creates an atmosphere of fear for the Secured Party. This includes non-lethal weapons, such as tazers, stun guns, mace, pepper spray, any chemical used to incapacitate, rubber bullets, shock force weapons, electronic weapon or any other type of weapon that may be used to control or to create fear. If a conflict arises about the events, the version told by the Secured Party will be accepted as truth and will not be contested.

8. **Assault and Battery without a Weapon**: Means the verbal abuse or physical contact, of any kind, upon the Secured Party without the express voluntary written consent of Secured Party. If a conflict arises about the facts involving the incident, the version as told by the Secured Party will be accepted as truth, without question, and will not be contested.

9. **Bill of Rights**: Means, for the purposes of this Contract, the original "Bill of Rights" to the "Constitution for the united States of America" circa 1791.

10. **Clerk of the Public Record**: Means any clerk who records documents on the public record and who is employed by a city, county, state, municipality, federal government, international, multi-national, multijurisdictional Corporation.

11. **Coercion or Attempt to Coerce**: Means any attempt by any Representative of the "government of the United States" or the "UNITED STATES Corporation" to threaten, intimidate, deprive, conceal, or in any way prevent the Secured Party from receiving and/or enjoying any right, or privilege that is granted, outlined, or secured by the "Constitution for the united States of America" the Honorable "Bill of Rights", "Constitution of the State of New Hampshire.", or to knowingly allow or instruct another to do so.

12. **Concealment**: Means withholding or keeping information that should normally be revealed, about property and/or rights from the Secured Party. This includes keeping evidence or law from a jury that could favorably alter the outcome of a case to the benefit of the Secured Party. No officer of any court or Representative of the "government of the United States" or the "UNITED STATES Corporation" may conceal any law and/or any evidence of any kind that is considered relevant by the Secured Party, and/or fail to disclose any law that benefits the Secured Party.

13. **Conduit:** means of transmitting and distributing energy and the effect/product of labor, such as goods and services, via the name, "GEORGE LAWRENCE DORE TRUST ©", also known by any and all derivatives and variations in the spelling of said name with the exception of ":George-Lawrence:Dore".

14. **Conspiracy**: Means the cooperation of two or more persons working together to, restrict, suppress, inhibit, or in any way deprive the Secured Party of any right, benefit, or privilege that would ordinarily be offered by the Constitution for the united States of America, the Bill of Rights, and/or "Constitution of the State of New Hampshire." and/or to a citizen of the United States or of the State of New Hampshire. This also includes the provisions in item #62. "**Racketeering**".

15. **Contract**: Means any agreement in writing that has been offered for review and acceptance by another party, wherein the offering party has ten (10) days or more, or as stipulated in the contract, to review and respond, accept or rebut, any provisions of the contract, as indicated

THE STATE OF NEW 08111967-GLD-AA
Carroll County Superior Court
A TRUE COPY ATTEST·

Jean Banks Deputy Clerk  10/27/2021

in the contract. Non Response on the part of the receiving party or agent of the receiving party will be a lawful offer and acceptance of all the terms and conditions contained in said contract. Rebuttal by the receiving party of any provision of the contract by any means other than those as are indicated in the contract will be non-response. Return of the contract unopened and/or without review will be acceptance of all conditions of said contract. Recording the contract with the clerk of court or any public records officer will be a lawful offer and notification and will be presentment to all officers of the court in that state or county. Notice to Agent is Notice to Principal and Notice to the Principal is notice to Agent.

16. **Corporate Capacity**: Means acting for, or on behalf of, a Corporation, or government entity, while under law or color of law.

17. **Corporate Fiction**: A Corporation, a creation of the law that does not actually exist in nature, like a natural man or woman; a legal entity that is false and not real, but which the law assumes to be true.

18. **Corporation**: Means any Representative, agency, sub-Corporation, contractor, or any person or entity that is employed by, receives or distributes funds for, receives any benefit or privilege from, or has any relationship of any kind with the "government of the United States" or the "UNITED STATES" Corporation".

19. **Constitution for the united States of America**: Means, for the purpose of this Contract, "The Constitution for the united States of America" circa 1787, as opposed to the "Constitution of the UNITED STATES" Corporation circa 1868.

20. **Counterfeiting Statute Staple Securities Instruments**: Means any attempt by any Representative of the "government of the United States" or the "UNITED STATES Corporation" to copy, duplicate, replicate any document that has "Statute Staple Securities Agreement" typed, printed, or hand written anywhere on the document, without the express written voluntary permission of the document's owner who is the Secured Party who filed said document in the public record, or is in possession of said document, or who is the maker of said document. If a dispute about permission to duplicate arises, the statements of the Secured Party will be accepted as fact without question and will not be contested.

21. **County or City**: Means any subdivision of any State of the "united States of America." This term excludes any jurisdiction, zone, or territory of the "UNITED STATES Corporation" unless described by the Secured Party in all CAPITAL letters. Any dispute over any errors contained in spelling or grammar will be resolved at the discretion of the Secured Party and will not be challenged by any Representative of the "UNITED STATES Corporation".

22. **Cruel and Unusual Punishment**: Means physical violence of any type or form that is used against a Secured Party that causes visible physical injury, i.e., marks, scrapes, scratches, bruises, abrasion, avulsions, fractures, sprains, restraint marks, dislocations, punctures, cuts, loss of blood, loss of body fluids, or any other type of physical stress to the body; or any chemically induced altered mental state of the Secured Party. This also includes any attempt to incarcerate, restrain, question, detain, withholding food when requested, withholding drink when requested, withholding medications as requested, withhold use of bathroom facilities and supplies when requested, withhold reading and writing materials, withholding communication with friends, family, legal counsel, and religious counsel, withholding proper clothing as needed for comfort, withholding blankets when requested, withholding hot and cold water for showers, withholding freedom when requested. This also includes ridicule, coercion, threats, verbal insults, rude and offensive language, veiled threats, or any other type of mental stress or anguish.

23. **Defacing**: Means the changing or altering the appearance of an item. This also includes changing or altering the meaning of laws, rights, property, documents, or any other thing that has value as determined by the Secured Party.

24. **Denial of Due Process**: Means any attempt by any officer of the court and or the "government of the United States" or the "UNITED STATES Corporation" to deny, deprive, restrict, prevent, or in any way inhibit the proper Due Process to any Secured Party as outlined in the "Constitution for the united States of America" the Honorable "Bill of Rights, and/or the "Constitution of the State of New Hampshire." Any public law, statute, regulation, ordinance, home rule, etc., that is incompatible with the Constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of New Hampshire", is null and void and will not be used in any action against any Secured Party.

25. **Deprivation of Rights or Property**: Means the concealment, keeping from, hiding, obstructing of any rights, property, privileges or immunities that are outlined or protected by the "Constitution for the united States of America", the Honorable "Bill of Rights, and/or the "Constitution of the State of New Hampshire."

26. **Derivative**: means coming from another; taken from something preceding; secondary; that which has not the origin in itself, but obtains existence from something foregoing and of a more primal and fundamental nature; anything derived from another.

27. **Destruction of Property**: Means any alteration, damage, deprivation, defacing, removing, changing, breaking, separating, removing parts from, erasing of files from, throwing, shooting, kicking, stomping, smashing, crushing, or the like of any property belonging to or in possession of the Secured Party or the Trust.

28. **Disrespect**: Means anything said or written to the Secured Party or Trust that Secured Party or Trust does not like, including body language, or anything that makes Secured Party or any reasonable man uncomfortable, or have fear.

29. **Encroachment**: Means to invade, intrude, or in any way prevent the Secured Party or Trust from enjoying the full and complete use of property, including the acts of trespass; impeding ingress or egress to the property of the Secured Party or Trust; or limiting the ability of the Secured Party or Trust to freely access, claim, hold, possess, use, convey, sell, rent, lease, barter, exchange, or in any way make full and unfettered use of property. This includes the placing or filing of an unlawful lien, levy, burden, charge, liability, garnishment, attachment or encumbrance against any and all property including wages, salaries, stocks, bonds, bank accounts (foreign or domestic), savings accounts, contents of safety deposit boxes, gold, silver, notes, insurance funds, annuities, retirement accounts, social security benefits, motor vehicles, automobiles, recreational vehicles, land, real estate, homes, structures, roads, driveways, personal property of any kind that is held by title, deed, contract, agreement (written or verbal), or is in possession of the Secured Party or Trust. This includes,

Attachment A - Definitions                     Page 2 of 8


THE STATE OF NEW HAMPSHIRE
Carroll County Superior Court
A TRUE COPY ATTEST:
Jean Bun lx  10/27/2021
Jean Banks. Deputy Clerk
08111967-GLD-AA

but is not limited to, traffic stops, searches of vehicles, home invasion, confiscation of any lawful property owned by, in possession of, or under the control of the Secured Party or Trust.

30. **Ens Legis**: The term "ens legis" means a creature of the law; an artificial being, such as a Corporation, considered as deriving its existence entirely by the law, as contrasted with a natural person/natural man or woman.

31. **Excessive Bail**: Means any amount of bail set at an unreasonable rate as per the 8th amendment of the Constitution for the united States of America. This also means bail in excess of the amount of the fine, penalty, or penal sum that is associated with the alleged crime committed. This also means that if the Secured Party has lived in a community or has lived in one community or area for more than one year, provided that he has not recently moved within a year, works a regular job, or is a member of or involved with a church group, civic group, community enterprise, or can produce at least two affidavits from members of his community or area stating that he is involved with his community, he cannot be held without bail as a flight risk, or a threat to society. If the Secured Party can produce at least four (4) affidavits stating that he lives, works, and is involved in his community, or the prior community in which he lived, he must be released on his own recognizance without any bail required. This provision does not apply to anyone charged with rape, murder, or violent crimes against women, or children.

32. **Failure to Charge within Forty Eight (48) Hours**: Means any attempt by any Representative of the "government of the United States" or the "UNITED STATES Corporation" to delay, inhibit, prevent, or in any way stop a Secured Party from being lawfully charged by the court within forty eight (48) hours of arrest.

33. **Failure to Identify**: Means any time the Secured Party or Trust has interaction with any Representative of the "government of the United States" or the "UNITED STATES Corporation", the Representative must, upon request of the Secured Party or Trust, provide proper identification, written proof of authority, state what his business is with the Secured Party, complete a public servants questionnaire in advance of arrest or detention, provide documentation properly identifying the officer or respondents superior's name and contact information, and any other relevant information as requested by the Secured Party. The officer may not detain the Secured Party for more than ten (10) minutes while he obtains this information.

34. **Failure to Respond**: Means any attempt by any Representative of the "government of the United States" or the "UNITED STATES Corporation" to ignore, inhibit, withhold, delay, or deny a request for information from a Secured Party or Trust.

35. **False Imprisonment**: Means any attempt by any Representative of the "government of the United States" or the "UNITED STATES Corporation" to incarcerate any Secured Party against his will and/or against any and all protections of the laws and provisions of the "Constitution for the united States of America", the Honorable "Bill of Rights, and/or the "Constitution of the State of New Hampshire."

36. **Federal Zone**: See - "Jurisdiction of the "Government of the United States" and of the "United States Corporation"

37. **Freedom of Speech**: Means the right to speak open and plainly without the fear of reprisal. This includes the right of the Secured Party to speak at hearings and trials, before magistrates, judges, officers of the court, Representatives, or the like, of the "government of the United States" or the "UNITED STATES Corporation". It also means that no attempt to suppress this right will be made by any officer of the court, Representatives, or the like of the "government of the United States" or the "UNITED STATES Corporation". No judge or officer of any court or tribunal will threaten contempt of court for free speech by any Secured Party.

38. **Government of the United States**: The term "government of the United States", when used in this Contract, means the government that was originally established in the "Constitution for the united States of America" adopted in 1787, and does not include any "imposter government" known by any name whatsoever, no matter how similar in spelling the name of any such "imposter government" may appear to be to the spelling of the name of the constitutionally authorized "government of the United States". It is to be noted that the term "United States" as used here is "plural" and not "singular" in number, as is the name "UNITED STATES" used by the "imposter government" (i.e., "UNITED STATES Corporation") now acting as the "government of the United States'.

39. **Hold-harmless and Indemnity Agreement**: means Hold-harmless and Indemnity Agreement No. 08111967-GLD-HHIA. This Agreement may be amended and modified in accordance with the Declaration of Trust.

40. **Ignore**: Means to refuse or in any way to deny a lawful request for an officer to complete legal documents that will provide information when requested by the Secured Party or Trust.

41. **Illegal Arrest**: Means same as below item #84, "Unlawful Arrest".

42. **Personal Capacity**: Means acting on one's behalf, in one's individual capacity, to do a thing. A Representative acting under law or color of law and ultra vires of the Representative's official capacity as assigned by the law, or acting in violation of his/her oath(s) of office take on personal liability.

43. **Interpretation**: Means if any conflict arises concerning the definition of any of the terms and or conditions of this Contract, the conflict concerning the meaning of the term or condition will be decided by the Secured Party. Secured Party's decision will be final and not subject to review or argument. No liability or penalty will be incurred by the Secured Party due to his interpretation of such terms and or conditions.

44. **Interstate Detainer**: Means the same as unlawful detainer as when involving the Secured Party and involving more than one Representative, agency or STATE of the "government of the United States" or the "UNITED STATES Corporation", or any Representative who has any agreement with, contract with, or permission to act on behalf of any municipal Corporation of the "government of the United States" or the "UNITED STATES Corporation" or any subsidiary or sub-Corporation thereof.

45. **Jurisdiction of the "government of the United States" and of the "United States Corporation"** (If indeed the later has any jurisdiction at all.): The constitutionally authorized "government of the United States" is recognized by the Secured Party as having exclusive legislative jurisdiction only over the following geographic areas: 1. The District of Columbia, as authorized by Article 1, Section 8, Clause 17 of the Constitution for the united States of America; 2. Federal enclaves within the States, such as land, property or buildings which the Government of the united States of America has purchased by the consent of the legislatures of the States for purposes of erecting

THE STATE OF NEW HAMPSHIRE
Carroll County Superior Court
08111967-GLD-AA
A TRUE COPY ATTEST

Jean Banks  10/27/2021
Jean Banks, Deputy Clerk

forts, magazines, arsenals, dock-yards, and other needful buildings, as authorized by Article 1, Section 8, Clause 17 of the Constitution for the united States of America; and **3.** Territories and possessions belonging to the Government of the United States, as authorized by Article 4, Section 3, Clause 2 of the Constitution for the united States of America. The imposter government - "UNITED STATES Corporation" - while having no real jurisdiction, as no jurisdiction has been lawfully granted, can nevertheless have no claim, even under color of law, to exercise jurisdiction except in those areas where the constitutionally authorized "Government of the United States" has been granted jurisdiction by the sovereign people. The area just described over which the "Government of the United States" lawfully exercises jurisdiction is also referred to as the "Federal Zone", and all private property held by the Secured Party, which properties are located outside of the Federal Zone are therefore outside of the jurisdictions of the "Government of the United States" and the "UNITED STATES Corporation". Additionally, the constitutionally authorized "Government of the United States" is recognized by the Secured Party as having jurisdiction only as to those matters which the sovereign people, through their several State governments gave to the "Government of the United States", which powers are exclusive as to the powers not granted by the sovereign people through their several State governments and powers reserved to the States by the 10th Amendment to the Constitution for the united States of America. These are the facts and may be presented in any court by affidavit of the Secured Party, where any property or property interest belonging to Secured Party or Trust is involved in any interaction with the "Government of the United States" or the "UNITED STATES Corporation" or any of its Representatives, as outlined in this Contract.

46. **Juristic person:** means an abstract, legal entity, ens legis, such as a corporation, created by construct of law and considered as possessing certain legal rights and duties of a human being; and imaginary entity such as **TRUST**, i.e. "GEORGE LAWRENCE DORE TRUST ©" which, on the basis of legal reasoning, is legally treated as a human being for the purpose of conducting commercial activity for the benefit of a biological, living being, such as Secured Party/Trustee/Beneficiaries. " From the earliest of times the law: has enforced rights and exacted liabilities by utilizing a corporate concept - by recognizing that is. juristic persons other than human beings. The theories by which this mode of legal operation has developed, has been justified, qualified, and defined are the subject matter of a very sizeable library. the historic roots of a particular society, economic pressures, philosophic notions, all have had their share in the law's response to ways of men in carrying on their affairs through what is now the familiar device of the corporation---Attribution of legal rights and duties to a juristic person other then man is necessarily a metaphorical process. And none the worse for it.No doubt. "Metaphors in law are to be narrowly watched". Cardozo, J., in Berkley v. Third Avenue R. Co., 244 N.Y 84, 94. "But all instruments of thought should be narrowly watched lest they be abused and fail in their service to reason". See U.S. v. SCOPHONY CORPOF AMERICA, 333 U.S. 795; 68 S.Ct. 855; 1948 UTsT1 Observation: A person has a property right in the use of his or her name whicha person may transfer or assign. Gracy v. Maddin, 769 S.W. 2nd 497 (Tenn. Ct. App. 1989).

47. **Lawful 4th Amendment Warrant:** Means a warrant that follows the provisions of the fourth amendment to the original "Constitution for the united States of America." This warrant must not deter from the exact procedures as outlined by the Fourth Amendment.

48. **Legal Counsel:** Means anyone that the Secured Party or Trust chooses to have as legal assistance of counsel, whether counsel is licensed or not, or members of the Bar Association. Counsel may assist, represent, speak on behalf of, write cases for, or perform any act in or out of court for the Secured party or Trust without any hindrance, threat, prosecution, charge, repercussion from any officer of the court, or Representative of the "government of the United States" or the "UNITED STATES Corporation", or any Representative thereof.

49. **Legal Status:** Means the two classes of Natural Men and Women recognized in the Constitution for the united States of America – "People" and "Persons". Legal Status in the united States of America defines the rights, duties, capacities, incapacities, privileges, and immunities assigned to each legally recognized class of natural persons. Legal Status also determines to a large degree the type of "Citizenship" to which each class legally recognized class of natural persons is assigned. See definitions for "People" and "Persons" below.

50. **Living, breathing, flesh-and-blood man:** means the Trustee ":George-Lawrence:Dore" a sentient, living being, as distinguished from an artificial entity, juristic corporation, partnership, association, and the like. "There. every man is independent of all laws. except those prescribed by nature. He is not bound by any institution formed by his fellowmen without his consent." CRUDEN v. NEALE, 2 N.C. 338 (1796) 2 S E 70.

51. **Natural Man or Woman:** Means a sentient, flesh and blood, living, breathing, biological man or woman, created by God, as represented by the Upper and Lower Case Name, including "Natural Man or Woman," or "Real Man," or "Real Woman," or "Real Man/Woman." This is not to be confused with the Fictitious Legal Entity that was created by the Government/Parents that is represented by the All Capital Letter Name.

52. **Natural Man or Woman Secured Party:** Means any flesh and blood, living, breathing Man or Woman, created by God, who notifies any Representative of the "government of the United States" or the "UNITED STATES Corporation", verbally or in writing, that he is not a Strawman, Vessel in Commerce, Corporate Fiction, Legal Entity, *ens legis*, or Transmitting Utility, of, for, by, to the "united States of America", the "government of the United States", the "State of New Hampshire", i.e., "Republic of New Hampshire", or to the "UNITED STATES Corporation". This is not to be confused with the Fictitious Legal Entity that was created by the Government/Parents and is representedby GEORGE LAWRENCE DORE TRUST ©. Any attempt to notify any Representative of the status of the Secured Party will be sufficientnotice. Sufficient notice will be determined by oath, statement, or affidavit by the Secured Party; and the validity of such will not bechallenged by any officer of the court.

53. **Non obstante:** means words anciently used in public and private instruments with the intent of precluding, in advance, any interpretation other than certain declared objects and/or purposes.

54. **Obstruction of Justice:** Means any attempt by any officer of the court or Representative of any agency that represents the "government of the United States" or the "UNITED STATES Corporation", or any of its subdivisions, agencies, contractors, etc., to deprive, hinder, conceal, coerce, threaten the Secured Party or Trust in an attempt to prevent his any and every opportunity to legally/lawfully defend

STATE OF NEW HAMPSHIRE
08111967-GLD-AA
Carroll County Superior Court
A TRUE COPY ATTEST:
Jean Bumble 10/27/2021
Jean Banks, Deputy Clerk

him/herself by attempting to produce and file lawful documents, and or testimony, to officers, judges, magistrates, the court, clerk of court, or Representatives, in order to settle any legal/lawful controversy. This also includes any attempt by a judge or officer of the court from hindering the Secured Party or Trust from filing, admitting, presenting, discussing, questioning, or using any evidence, document, paper, photographs, audio and/or video recordings, or any other type of evidence that they desire to submit as evidence in any type of court proceeding. The determination of what is evidence and what will be admitted is to be solely determined by the Secured Party or Trust. Any evidence will be tried on merits of the lawful content and validity. Any judge or officer of the court who attempts to suppress or dismiss legal or lawful evidence will voluntarily surrender all bonds, insurance, property, CAFR funds, corporate property, bank accounts, and savings accounts of value to the Secured Party upon written demand and surrender all rights to and defenses against said property. This also includes evidence that is supported by case law. This includes attempts by any officer of the court from making motions, order such as Gag Orders or any other means of keeping information suppressed from the public or the official record. The determination of whether the acts of the court are an attempt to suppress evidence will be solely determined by the Secured Party. This also includes the provision as indicated in item #62 "Racketeering".

55. **Oppressing Government**: Means any Government or Representative thereof that shall have transgressed against Secured Party or Trust or any of Secured Party's or Trust's property, rights, privileges, capacities, or immunities in any respect.

56. **Peers**: Means the same as the definition of a Secured Party.

57. **People**: The "People" are those natural men and women who hold the sovereignty in joint tenancy in the united States of America and the several States, by virtue of the Treaty of Peace of 1783, signed by His Most Royal and Dread Sovereign Majesty, King George the 3rd and its two addendums signed by the then Kings of Spain and France. The "People" are those who were the free inhabitants in the several States and their posterity (paupers, vagabonds and fugitives from justice excepted), who ordained and established the "Constitution for the united States of America" in 1787 and the Bill of Rights of 1791, for themselves and their posterity, and who established the constitutions for the several states, reserving unto themselves and their posterity the sovereignty of both the united States of America and the several states. The "People" are not citizens of or subject to the jurisdiction of the "government of the United States", as created in the original "Constitution for the united States of America", circa 1787, or to your "<u>UNITED STATES Corporation</u>", also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name same may currently be known or be hereafter named, or any of its subdivisions including but not limited to local, state, federal, state or international or multinational governments, Corporations, agencies, or sub-Corporations, and any de facto compact (Corporate) commercial STATES contracting therein, including the "STATE OF NEW HAMPSHIRE", or by whatever name same may currently be known or be hereafter named, and the like. The "People" are citizens first of the State in which they reside, and second of the united States of America.

58. **Person**: The word "Person", when used in this Contract and written in upper and lower case letters shall mean a natural man or woman, and not an incorporeal person. Further, a "Person" is distinguished from a "People", in that the "People", hold the sovereignty in the united States of America (see: "People" #57), and the "Persons" derive all of their rights and privileges from the "People", through the Constitution for the united States of America and the Constitutions for the several States. The "Persons" are identified in the Constitution for the united States, first at Article 1, Section 9, Clause 1, their rights and privileges and defenses and protections are defined at Amendment Five of the Bill of Rights, and their duties and citizenship status are defined at Amendment Fourteen of the Constitution for the united States of America.

59. **Presumption**: Means legal assumption or inference that places the burden of proof or burden of production on the other party, but never on the Secured Party or Trust. No presumption shall prevail against the Secured Party or Trust without lawful, documented evidence that supports the presumption which is certified by the officers of the court, on and for the record, under penalty of perjury.

60. **Public Record**: Means any record or document placed into the public by the Secured Party. For example, when this document is <u>recorded at a Register of Deeds office or Secretary of States</u>, it becomes a public record.

61. **Purchase Price**: Means the new replacement costs of items of property at the time of replacement. This includes locating, packing, shipping, handling, delivery, set up, installation, and any other fee associated with total replacement of property.

62. **Racketeering**: Means any attempt by any two or more officers of "government of the United States" or the "UNITED STATES Corporation", to restrict, suppress, coerce, manipulate, inhibit, or in any way deprive the Secured Party from receiving every right, benefit, or privilege or exercising every immunity that is outlined by the Constitution for the united States of America, the Honorable "Bill of Rights, and/or the "Constitution of the State of New Hampshire.". This also includes any effort by the officers of the court or any Representative of "government of the United States" or the "UNITED STATES Corporation", to hinder in any way the introduction of evidence, law,facts, affidavits, statements, witness testimony, or any information that is considered relevant by the Secured Party or Trust, or any attempt to prevent a jury from hearing this evidence. This also includes any attempt to prevent this evidence from being heard in a public forum and before any and all members of the general public, as many as can be accommodated by the main courtroom. All hearings, tribunals, or trials will be held in a public place; and any and all members of the general public will be allowed to attend, without restriction. This also includes questioning and/or interrogation by police officers before, during, and after an arrest.

63. **Reckless Endangerment**: Means any attempt by any officer of the court or Representative of "government of the United States" or the "UNITED STATES Corporation", as defined herein, to endanger, attempt, or threaten to attempt to endanger the life or property of the Secured Party or Trust. This includes dangerous driving in a car, use or threatened use of lethal or non-lethal weapons or chemicals, improper use of restraint devices, use of restraint devices on a non-combative Secured Party. If a conflict arises as to whether or not reckless endangerment has occurred, the version of the Secured Party will be considered as truth.

64. **Representative**: Means any agent, agency, department, officer, investigator, entity, subsidiary, sub-Corporation, contractor, employee, inspector, individual or Corporation that has any affiliation, association, collects or distributes funds for, does any task for, receives any benefit or privilege from, etc., of or for "government of the United States" or the "UNITED STATES Corporation", or anyone, or anything

Attachment A - Definitions               Page 5 of 8

THE STATE OF NEW HAMPSHIRE
Carroll County Superior Court
A TRUE COPY ATTEST.

Jean Banks   Deputy Clerk
10/27/2021

that represents the interests of, or is being funded by, or receives funds from, or has any attachment to "government of the United States" or the "UNITED STATES Corporation", or any of their Representatives, sub divisions or sub-Corporations.

65. **Rights and Defenses:** Means Secured Party's or Trusts legal and/or lawful right and/or ability to defend himself/ herself in any action. Upon agreement, the defendant in an action may give up his right to defend himself/herself in a given action. This includes tacit agreement or agreement by default; and the Secured Party is never the defendant.

66. **Right to Speedy Trial:** Means trial will commence within 90 days of the date of arrest.

67. **Right to Travel:** Means the right to freely move about and/or control any type of craft by whatever means, via land, sea, or air, without any interference by any Representative of "government of the United States" or the "UNITED STATES Corporation", that in any manner willfully causes adverse effects or damages upon the Secured Party or Trust by an arrest, inhibition, detainment, restraint, deprivation or prevention.

68. **Secured Party:** In this Contract, the term "Secured Party", means a "Trustee/Secured Party Creditor/Bailee", which means :George-Lawrence:Dore, a natural, living, Breathing flesh-and-blood man or sentient being as against a juristic person created by legal construction and/or the appointment declared under declaration of trust appointing another or additional "Trustee/Secured Party Creditor/Bailee" as statedtherein.

69. **Sentient, living being** means the Trustee ":George-Lawrence:Dore" a living, breathing, flesh-and-blood man, as distinguished from an abstract legal construct such as an artificial entity, juristic person, corporation, partnership, association, and the like.

70. **State:** The word "State", which is distinguished in this Contract by being written in upper and lower case letters, means any of the fifty independent sovereign nations. states and republics which make up the Union and are commonly referred to and known as states of the "united States of America" (For example: the "State of New Hampshire", i.e., "Republic of New Hampshire"), which use of the word "State" is not the same as a "STATE" of the "UNITED STATES Corporation" and any such "State" is not a creation or subdivision thereof, and is not subject to the jurisdiction thereof.

71. **STATE:** The word "STATE", which is distinguished in this Contract by being written in all upper case letters, means any of the de facto compact (Corporate) commercial states contracting within the "UNITED STATES Corporation", also known as the corporate "UNITED STATES, "Corp. USA", "United States, Inc.", or by whatever name same may currently be known or be hereafter named, by way of example, including, but not limited to the "STATE OF NEW HAMPSHIRE", or by whatever name same may currently be known or be hereafter named. STATES are a part of and subject to the jurisdiction of the "UNITED STATES Corporation", and are not States of the "unitedStates of America". As a condition of this Contract, the Secured Party will determine 1. Whether or not any State is a part of he "UNITEDSTATES Corporation", and 2. Whether the alleged offense occurred within the limits of the "UNITED STATES Corporation", and suchdetermination will never be challenged by any Representative of the "UNITED STATES Corporation". A violation of this provision will be#87 Unlawful Determination and punishable as indicated by this Contract.

72. **Statute Staple Securities Instrument:** Means a registered (by way of the post office registered mail) bond, statute, which establishes a procedure for settlement of commercial debt or obligation of record. This also establishes the law as it relates to the Secured Party.

73. **Strawman:** In this documentation the term "strawman" means the Debtor, i.e., GEORGE LAWRENCE DORE$^C$, also known as GEORGE LAWRENCE DORE TRUST$^C$ or simply Trust or TRUST and any and all variations and derivatives of the spelling of said name except :George-Lawrence:Dore: a front, a third party who is put up in name only for participating in a transaction. The "strawman" is synonymous with # 76. "Transmitting Utility".

74. **The Placing or Filing of an Unlawful Lien, Levy, Burden, Charge, Liability, Garnishment, Encumbrance, or Attachment:** Means any attempt by any Representative of "government of the United States" or the "UNITED STATES Corporation", to place a lien, levy, garnishment, or attachment on the property or collateral of the Secured Party or Trust. Any such Representative must first prove his authority to do so by lawfully documented evidence, furnishing all documents, forms, and papers as necessary to prove his authority to do so to a neutral Three (3) Notary Panel, hereinafter referenced as The Panel, selected by the Secured Party or Trust. Said Representative must guarantee in writing that the Representative signing said documents will be personally liable for any damage(s) due to his unlawful and/or illegal actions. He must supply bonds or other lawful funds to be held in trust by The Panel until The Panel determines if any actions of the Representative have violated any laws or caused damage to the Secured Party or Trust. The Panel will have the sole power to determine if any damage(s) has occurred and will release the funds according to The Panel's adjudication. The decision of The Panel will be final with no recourse. The surety bonds and/or funds held in escrow by The Panel must be at least four (4) times the estimated value of the property that is liened, levied, garnished, or attached. The assessment of value will be recorded via affidavit by the Secured Party and delivered to The Panel. The Panel's determination and the assessment thereof will be accepted as truth without question or recourse. Said Representative agrees to surrender, including, but not limited to, any and all surety bonds, public and/or corporate insurance policies, CAFR funds, or corporate property as needed to satisfy any and all claims and/or assessments as filed against said Representative by the Secured Party. Said Representative agrees that any and all property or collateral with a current or existing lien will remain in the custody and control of the Secured Party until such time as a determination has been made by a jury of twelve of the Secured Party's Peers as defined herein. In the event that a jury of twelve of the Secured Party's Peers cannot be convened or has not been convened within sixty (60) days from the date of the order of the lien, levy, attachment, or garnishment shall be released within ten (10) days and all property rights be dismissed with prejudice; and every lien, levy, attachment, or garnishment shall be released within ten (10) days and all property rights restored, unencumbered. The Representative who has authorized said lien, levy, attachment, or garnishment agrees to surrender any and all surety bonds, public and/or corporate insurance policies, CAFR funds, or corporate property as needed to satisfy any and all claims and/or assessments as filed against said Representative.

75. **Trespassing/Trespass:** Means the entry into, or onto the domain, property, residence, area, location, grounds, dwellings, buildings, barns, sheds, caves, structures, lands, storage areas, tunnels, automobiles, trucks, safe houses, underground shelters, automobiles, motor vehicles, recreational vehicles, boats, planes, trains, ships, containers, vans, heavy equipment, farm implements, culverts, driveways, trees, yards,

'HE STATE OF NEW 08111967-GLD-AA
Carroll County Superior Court
A TRUE COPY ATTEST·

Jean Banks, Deputy Clerk
10/27/2021

real property, real estate, land, etc., of the Secured Party without Secured Party's express written permission, or without a lawfully executed fourth (4th) amendment warrant, and any and all Representatives of "government of the United States" or the "UNITED STATES Corporation", will fully and completely observe any and all protections as outlined in the Constitution for the united States of America, the Honorable "Bill of Rights, and/or the "Constitution of the State of New Hampshire." Any personal property that is damaged, lost, stolen, or misplaced, etc., will be recoverable as indicated in the Legal Notice and Demand document. Secured Party solemnly swears and affirms that Secured Party does not have any illegal contraband on Secured Party or Trusts property; Secured Party has never had any illegal contraband on or around my property and never will. Secured Party simply does not allow it on Secured Party's or Trusts property. Any contraband if it is found on said property will have been introduced by the officers or agents during time of trespass. Contraband or illegal items if they are found in a search do not belong to Secured Party or Trust and may not be used in any attempt in any claim against me. Any and all Representatives of the "government of the United States" or the "UNITED STATES Corporation", will be held individually and personally liable for the full amount of damages as outlined in this Notice and Demand document for trespassing.

76. **Transmitting Utility:** the term "Transmitting Utility "GEORGE LAWRENCE DORE©, also known as GEORGE LAWRENCE DORE TRUST©", and any and all derivatives and variations in the spelling of said name except :George-Lawrence:Dore.

77. **TRUST:** means "GEORGE LAWRENCE DORE TRUST ©" also known by any and all derivatives and variations in the spelling of said name with the exception of ":George-Lawrence:Dore",this is a copyrighted entity with all rights reserved.

78. **Trustee:** means ":George-Lawrence:Dore".

79. **UCC:** Herein the term "UCC" means Uniform Commercial code.

80. **Unalienable Rights (Inalienable Rights):** Means Natural Rights given by God as acknowledged by the Law of Nations and incorporated into the "Bill of Rights," of the Constitution of the State of New Hampshire such as, but not limited to right of enjoying and defending their lives and liberties; of acquiring, possessing and protecting property; and of seeking and obtaining their safety and happiness.

81. **Unfounded Accusations:** Means any accusation, charge, or claim, civil or criminal, or in admiralty that is alleged or made by any Representative of the "government of the United States" or the "UNITED STATES Corporation", as defined herein, that is not proven by written documented evidence presented under oath and penalty of perjury by an authorized Representative of the "government of the United States" or the "UNITED STATES Corporation". The accuser has eight (8) hours to provide said documents to be reviewed and in possession of the Secured Party; and failure to do so will be unfounded accusations and subject to the penalties contained herein.

82. **UNITED STATES Corporation:** "UNITED STATES Corporation" means the corporate "UNITED STATES", "Corp. USA", "United States, Inc.", or by whatever name it may currently be known or be hereafter named, (exclusive of the "united States of America" and the "government of the United States as created in the original Constitution for the united States of America, circa 1787"), or any of its agencies, or sub-Corporations, including but not limited to any de facto compact (Corporate) commercial states contracting therein, including, but not limited to the "STATE OF NEW HAMPSHIRE", or by whatever name it may currently be known or be hereafter named (Exclusive of the "State of New Hampshire", i.e., "Republic of New Hampshire").

83. **united States of America:** The term "united States of America", when used in this Contract is distinguished by being written in upper and lower case letters, except that the first letter of the first word, i.e., "united" is a lower case letter, and means that union of independent sovereign nations, states and republics, which as colonies of Great Britain and having declared their independence from Great Britain in The Declaration of Independence adopted July 4, 1776, and having won their independence from Great Britain in the American Revolutionary War, and thereafter having gained recognition as independent sovereign nations, states and republics in international law by the Treaty of Peace of 1783, signed by His Most Royal and Dread Sovereign Majesty, King George the 3rd and its two addendums signed by the then Kings of Spain and France, and which independent sovereign nations and states did adopt the "Articles of Confederation" of 1778 and thereafter adopted the "Constitution for the united States of America" in 1787. The word "united States of America", when used in this Contract, does not include the UNITED STATES Corporation, as that term is defined herein.

84. **Unlawful Arrest:** Means restricting the Secured Party's Right to move about freely without the proper use of a lawful 4th amendment warrant signed by a judge of "Competent Jurisdiction" while under oath. This includes unnecessary use of restraint devices, traffic stops, raids, or any other type of interaction, when an officer is presented with and ignores a "Notice and Demand," "Public Servants Questionnaire," "Right to Travel" Documents, or other documents notifying the officer of the lawful rights of the Secured Party, created by God, who is not to be confused with the Corporate Fiction "Strawman" which was created by the STATE. This includes arrest when the Secured Party is incarcerated for refusing to sign any citation, arrest due to contempt of court when he or she is not violent or a physical threat to the court, arrest by Internal Revenue Service for failure to produce books, records, or other documents, arrest and refusal of Habeas Corpus, arrest for conspiracy of any kind without lawfully documented affidavits from at least two (2) eye witnesses, signed under oath and penalty of perjury.

85. **Unlawful Detainer:** Means any attempt by any officer of the court or Representative of the "government of the United States" or the "UNITED STATES Corporation" to arrest, check, hinder, delay, possess, hold, keep in custody, restrain, retard, stop, withhold the Secured Party without affording him every protection as outlined by the "Constitution for the united States of America", the Honorable "Bill of Rights, and/or the "Constitution of the State of New Hampshire." Any public law, statute, regulation, ordinance or the like will be null and void and will not be used in any action in which the Secured Party is involved.

86. **Unlawful Detention:** Means restraining the Secured Party's freedom of movement, and/or Right to Travel, against his will for more than sixty (60) seconds without a properly authorized lawful 4th amendment warrant signed by a judge of competent jurisdiction while under oath. This includes routine traffic stops, raids, random identification checks, security checks, only after the Representative has been notified by the Secured Party of his status and after the officer has been given documents to prove said status, along with up to ten (10) minutes for officer to examine said documents.

87. **Unlawful Determination:** Means any statement, speech, gesture, writing, presentment, or the like that suggests an idea that negatively represents the character, actions, plans, procedures, customs, ways of the Secured Party or Trust, or group of Secured Parties, that is not

THE STATE OF NEW HAMPSHIRE

Carroll County Superior Court

A TRUE COPY ATTEST.

Jean Banks. Deputy Clerk

10/27/2021

# HOLD HARMLESS AND
# INDEMNITY AGREEMENT

Non-Negotiable - Private Between the Parties:

DEBTOR:
GEORGE LAWRENCE DORE TRUST
1 General St. Lawrence. MA 01841
...and all derivatives and variations in the spelling of said name.

TRUSTEE/SECUREDPARTY:
:George-Lawrence:Dore
c/o 1904 Village Road, Suite 479
Madison. New Hampshire 03849
united states of America

**TRUSTS Identifying Numbers**: 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, R646466 and any hereinafter named in trust minutes.

This Hold-harmless and Indemnity Agreement is mutually agreed upon and entered into this Day Dated below between the juristic person: "GEORGE LAWRENCE DORE TRUST " and any and all derivatives and variations in the spelling of said name hereinafter jointly and severally **"TRUST"**. except. :George-Lawrence:Dore, the living, breathing, flesh-and-blood man, known by the distinctive appellation :George-Lawrence:Dore hereinafter " Trustee".

For valuable consideration **TRUST** hereby expressively agrees and covenants, without benefit of discussion, and without division, that **TRUST** holds harmless and undertakes the indemnification of Trustees from and against any and all claims, legal actions, orders, warrants, judgments, demands, liabilities, losses, depositions, summonses, lawsuits, costs, fines, liens, levies, penalties, damages, interests, and expenses whatsoever both absolute and contingent, as are due and as might become due, now existing and as might hereafter arise, and as might be suffered/incurred by, as well as imposed on, **TRUST** for any reason, purpose, and cause whatsoever. **TRUST** does hereby and herewith expressly covenant and agree that Trustees shall not under any circumstance, nor in any manner whatsoever, be considered an accommodation party, nor a surety, for **TRUST**.

## Defined: Glossary of Terms

All of the STANDARD TERMS AND CONDITIONS as set forth in "ATTACHMENTS 'A' – DEFINITIONS" Document Item Number. 08111967-GLD-AA apply hereto. non obstante.

When the context so requires, the masculine gender includes the feminine and/or neuter, and the singular numbers includes the plural. Trustee accepts **TRUST'S** signature in accord with UCC §§ 1-201(39), 3-401(b), 3-419.

GEORGE LAWRENCE DORE TRUST
GEORGE LAWRENCE DORE TRUST
**TRUST's Signature.** Copyright 1985.

:George – Lawrence : Dore
:George-Lawrence:Dore - Trustee/Secured Party's
Signature. Authorized Representative. All Rights Reserv
Without Prejudice/Without Recourse

County of Carroll )
N H          State ) Scilicet

**JURAT**

SUBSCRIBED AND SWORN TO before me this 19 day of July A.D. 20 21.

Allison M. Valletta Seal

Notary Public Signature
My Commission Expires 08-14-2024

ALLISON M. VALLETTA
NOTARY PUBLIC - NEW HAMPSHIRE
My Commission Expires August 14, 2024

Hold Harmless Agreement
CSJ-JUL08,2087 4d83

Page 1 of 1

Item# 08111967-GLD-HHIA
THE STATE OF NEW HAMPSHIRE
Carroll County Superior Court
A TRUE COPY ATTEST·
Jean Bun /ke 10/27/2021
Jean Banks, Deputy Clerk

# COMMON LAW COPYRIGHT NOTICE

**copyright © 1985 GEORGE LAWRENCE DORE TRUST.**

**Notice Provided Under Certified Mail No.** RE 764693961 US

**Lawful/Legal Notice provided to:**
Carroll Superior
Court - 96 Water
Village Rd. Box 3
Ossipee, NH 03864

**This is formal legal/lawful notice that you are in breach of Copyright. This information is pertinent so please read it carefully and/or have your legal team review it as failure to understand or act is not a remedy or defense.**

**Copyright Notice: All rights reserved.**

Copyright of trade-name/trademark GEORGE LAWRENCE DORE© TRUST including any and all derivatives and variations in the spelling, i.e. NOT limited to all capitalized names: GEORGE LAWRENCE DORE TRUST©, G. DORE ©, GDL©, GEORGE DORE©, DORE, GEORGE L.©, GL DORE© or anyderivatives thereof are under Copyright 1985. Said common-law trade-name/trademark, GEORGE LAWRENCE DORE© TRUST may neither be used nor reproduced, neither in whole nor in part, in any manner whatsoever, without the prior, express, written consent and acknowledgment of Trustee/Trust in writing.

**With the Intent of being Contractually Bound**, any Juristic Person, as well as the agent thereof, by notice of this copyright is noticed that neither said Juristic Person nor agent thereof is authorized to display, nor otherwise use in any manner, the common-law trade-name/trademark nor the copyright described herein, nor any derivative of, nor any variation in the spelling thereof, without the prior, written consent and acknowledgment of Trustee/TRUST, as signified in writing with signed consent. Trustee/Trust neither grants, nor implies, nor otherwise gives consent for any unauthorized use of GEORGE LAWRENCE DORE©, and **all such unauthorized use is strictly prohibited.**

**By receipt of this notice you are hereby made aware of this copyright if otherwise ignorant of the fact that said copyright is a matter of public record. This is notification that you are in BREACH. You herein have two options for remedy of this breach of copyright:**

1) You consent to the removal of information and discontinuation of use of all information held in copyright that contains copyrighted materials from all databases publications, chronicles, manifestos, newspapers, and/or records of any type and issues a written apology.; or
2) If the first option of this section is neither effected or arrangements to affect cure of breach as described is not engaged within 10 days of return receipt of this Notice then the clause by default will be enacted and you consent to the following Self-executing Contract/Security Agreement in Event of Unauthorized Use as well as Payment Terms as described:

   a) **Self-executing Contract/Security Agreement in Event of Unauthorized Use**: By this Notice, both the Juristic Person and the agent thereof, hereinafter .jointly and severally "User", consent and agree that any use of trade-name/trademark copyright other than authorized use as set forth herein, constitutes unauthorized use and counterfeiting of property, contractually binds User and renders this Notice a Security Agreement wherein User is TRUST and GEORGE LAWRENCE DORE TRUST© is Secured Party, and signifies that User:
   b) In accordance with the fees for unauthorized use of Trade-Name/Trademark/Copyright, as set forth herein, consents to be invoiced for outstanding balance and agrees that User shall pay TRUST all unauthorized use fees in full within thirty (30) days of the date User is sent "Invoice", itemizing said fees.
   c) Grants Trustee/TRUST the right to invoice three times at thirty day intervals at which time User consents outstanding balance will be filed as a lien/levy via a UCC Financing Statement in the UCC filing office and/or in any county recorder's office, wherein User is TRUST and TRUST is Secured Party and that Secured Party may file such lien/levy against property as a security interest in all of User's assets, land and personal property, and all of User's interest in assets, land and personal property, in the sum certain amount of $500,000.00 per each occurrence of use of the common-law copyrighted trade-name/trademark, plus costs, plus triple damages;
   d) Consent and agrees that said UCC Financing Statement described in "c" is a continuing financing statement, and further consents and agrees with TRUSTS filing of any continuation statement necessary for maintaining Secured Party's perfected security interest in all of User's property and interest in property pledged as collateral in this Security Agreement and described herein until User's contractual obligation theretofore incurred has been fully satisfied;
   e) Waives all defenses; Consents and agrees that any and all such filings described herein going without remedy are not, and may not be considered, bogus/frivolous and that User will not claim such a defense in regard.

THE STATE OF NEW HAMPSHIRE
Carroll County Superior Court
A TRUE COPY ATTEST:
Jean Banks 10/27/2021
Jean Banks, Deputy Clerk

# COMMON LAW COPYRIGHT NOTICE

### copyright © 1985 GEORGE LAWRENCE DORE TRUST.

f) Appoints Secured Party as Authorized Representative for User, effective upon User's default re User's contractual obligations in favor of Secured Obligation as set forth herein granting TRUST/Trustee full authorization and power for engaging in any and all actions on behalf of User including, but not limited to, authentication of a record on behalf of User as Secured Party, at Secured Party's sole discretion, and as Secured Party deems appropriate, and User further consents and agrees that this appointment of Secured Party as Authorized Representative for User, effective upon User's default, is irrevocable and coupled with a security interest.

**Terms of Strict Foreclosure:** User's non-payment in full of all unauthorized use fees itemized in Invoice within said ninety (90) day period for curing default as set forth in authorizes without recourse Trustee/Secured Party's immediate non-judicial strict foreclosure on any and all remaining former property and interest in property, formerly pledged as collateral by User, now property of Secured Party, which is not in the possession of, nor otherwise disposed of by Secured Party upon expiration of said period.

:George-Lawrence:Dore, Autograph Common Law Copyright 1985. Unauthorized use of ":George-Lawrence: Dore"incurs same unauthorized-use fees as those associated with GEORGE LAWRENCE DORE  TRUST, as set forth in the first paragraph of the first page.

Please feel free to contact us at any of the following if you would like to discuss terms of curing the breach of copyright.

Phone: _____
E-Mail: _____
Or the address provided on the envelope.

:George-Lawrence:Dore TTEE

_:George-Lawrence:Dore_
Without Prejudice/Without Recourse
On behalf of GEORGE LAWRENCE DORE
TRUST
Copyright 1985. All Rights Reserved.

### JURAT

County of _Carroll_ )
                          ) Scilicet
_NH_          State   )

SUBSCRIBED AND SWORN TO before me this _19_ day of _July_ _____ A.D. 20_21_ .

_Allison M Valletta_   Seal

Notary Public Signature
My Commission Expires_ 08-14-2024_

**ALLISON M. VALLETTA**
NOTARY PUBLIC - NEW HAMPSHIRE
My Commission Expires August 14, 2024

CSJ-INF07.DE8ZtdM b£03

THE STATE OF NEW HAMPSHIRE
Carroll County Superior Court
A TRUE COPY ATTEST:

_Jean Banks_
Jean Banks Deputy Clerk
10/27/2021

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
SUPERIOR COURT

Carroll Superior Court
96 Water Village Rd., Box 3
Ossipee NH 03864

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## SUPERIOR COURT BAIL ORDER

Case Name: **State v. George L Dore**
Case Number: 212-2019-CR-00123     ** Amended for Docket Number **

☐ The parties waive hearing and agree as follows:

☒ After hearing, the court determines and orders as follows:

**It is hereby ordered that, pending arraignment or trial, the defendant shall:**

**A.** ☐ Be released on personal recognizance.

**B.** ☐ Be released on an unsecured appearance bond in the amount of $ _____.

**C.** ☐ Be detained for not more than 72 hours to allow for filing of a probation violation.

**D.** ☒ Be released on $ 10,000 _____ cash only bail. The Court finds that this financial condition will not be the cause for continued detention, unless:

    **(1)** ☐ A hearing to determine the source of funds for bail is required before posting bail, **OR**

    **(2)** ☒ The court finds by clear and convincing evidence that no reasonable alternative or combination of conditions will:

        ☒ Reasonably assure the appearance of the defendant, and/or
        ☐ Reasonably assure that the defendant will not commit an offense while on release

**E.** ☐ Be placed in preventive detention pursuant to RSA 597:2, III(a) based on clear and convincing evidence that the defendant's release will endanger the safety of the defendant or of the public.

**The defendant is subject to the following additional conditions:**
Defendant shall not commit a federal, state or local crime while on release, must appear at all court proceedings as ordered and must advise the court in writing of all changes of address within 24 hours.

1. ☐ Shall have no contact, direct or indirect, or through a third party with _____

_____

If released:

2. ☐ Shall live at: _____

_____

3. ☐ Shall not travel outside of New Hampshire.

4. ☐ Shall not possess a firearm, destructive device, dangerous weapon, or ammunition.

5. ☐ Shall not consume an excessive amount of alcohol, or use any narcotic drug or controlled substance as defined in RSA 318-B.

6. ☐ Comply with the following curfew: _____

_____

7. ☐ Sign a waiver of extradition before release on bail.

THE STATE OF NEW HAMPSHIRE
Carroll County Superior Court
A TRUE COPY ATTEST

*Jean Banks*
Jean Banks. Deputy Clerk
10/21/2021

NHJB-2789-Se (09/14/2020)     Page 1 of 2

76

Case Name: **State v. George L Dore**

**Case Number:** 212-2019-CR-00123

**SUPERIOR COURT BAIL ORDER**

8. ☐ Shall follow all terms and conditions of probation and/or parole. The defendant shall report to probation no later than _____.

9. ☐ Shall apply to _____ for an intake assessment within _____ days of release.

10. ☐ Shall meaningfully participate in and continue in treatment at _____.

If the defendant leaves the program for any reason other than successful completion of the program, bail automatically converts to _____.

11. ☐ The Criminal Bail Protective Order issued on _____ remains in full force and effect.

12. ☐ The defendant has received a copy of "What You Need to Know".

13. ☐ Other: _____

_____

_____

## FOR COURT USE ONLY

The defendant failed to appear for sentencing on June 29, 2021.  The sentencing is now scheduled for October 26, 2021 at 11:30 AM, via WebEx.

October 25, 2021
Date

Judge Amy L. Ignatius

'HE STATE OF NEW HAMPSHIRE
Carroll County Superior Court
A TRUE COPY ATTEST:

Jean Banks, Deputy Clerk
10/26/2021

NHJB-2789-Se (09/14/2020)                    Page 2 of 2

77

THE STATE OF NEW HAMPSHIRE
Carroll County Superior Court
A TRUE COPY ATTEST.

Jean Banks, Deputy Clerk
10/26/2021

CSC-OCT26'21AM 9:18

Submitted 5 pages including Cover letter

Certificate of Existence and Registration 3 pages

Banking Resolution - 1 page

Reference to Case File # 919-2019-CR-00133

To Carroll county superior court

### Office of the Minnesota Secretary of State
### Certificate of Existence and Registration

I, Steve Simon, Secretary of State of Minnesota, do certify that: The entity listed below was filed under the chapter of Minnesota Statutes listed below with the Office of the Secretary of State on the date listed below and that this entity or filing is registered at the time this certificate has been issued.

Name:                                  GEORGE LAWRENCE DORE
Date Filed:                            10/25/2021
File Number:                           1266004200023
Minnesota Statutes, Chapter:           333
Home Jurisdiction:                     Minnesota

This certificate has been issued on:   10/25/2021



*Steve Pinn*

Steve Simon
Secretary of State
State of Minnesota

CSC-OCT26'21AM 9:18

HE STATE OF NEW HAMPSHIRE
Carroll County Superior Court
A TRUE COPY ATTEST.

*Jean Banks*
Jean Banks, Deputy Clerk
10/26/2021

# Office of the Minnesota Secretary of State
## Certificate of Assumed Name
*Minnesota Statutes, Chapter* 333

The filing of an assumed name does not provide a user with exclusive rights to that name. The filing is required for consumer protection in order to enable customers to be able to identify the true owner of a business.



ASSUMED NAME:       **GEORGE LAWRENCE DORE**

PRINCIPAL PLACE OF BUSINESS: **Suite 479  Madison NH 03849 United States**

NAMEHOLDER(S):

| Name: | Address: |
|---|---|
| **George- Lawrence; Dore** | **Suite 479  Madison NH 03849 United States** |
| **Jennifer- Anne; Dore** | **Suite 479  Madison NH 03849 United States** |
| **Slayd- Reggie; Dore** | **Suite 479  Madison NH 03849 United States** |
| **Skyla- Morgan; Dore** | **Suite 479  Madison NH 03849 United States** |

If you submit an attachment, it will be incorporated into this document. If the attachment conflicts with the information specifically set forth in this document, this document supersedes the data referenced in the attachment.

*By typing my name, I, the undersigned, certify that I am signing this document as the person whose signature is required, or as agent of the person(s) whose signature would be required who has authorized me to sign this document on his/her behalf, or in both capacities. I further certify that I have completed all required fields, and that the information in this document is true and correct and in compliance with the applicable chapter of Minnesota Statutes. I understand that by signing this document I am subject to the penalties of perjury as set forth in Section 609.48 as if I had signed this document under oath.*

SIGNED BY:  **Jennifer-Anne; Dore**

MAILING ADDRESS:       **None Provided**

EMAIL FOR OFFICIAL NOTICES:   **jenndore3@outlook.com**            CSC-OCT26'21AM 9:18

THE STATE OF NEW HAMPSHIRE
Carroll County Superior Court
A TRUE COPY ATTEST:

Jean Banks, Deputy Clerk
10/26/2021



**Work Item 1266004200023**
**Original File Number 1266004200023**

STATE OF MINNESOTA
OFFICE OF THE SECRETARY OF STATE
FILED
**10/25/2021 11:59 PM**

*Steve Simon*

Steve Simon
Secretary of State

CSC-OCT26'21AM 9:18

THE STATE OF NEW HAMPSHIRE
Carroll County Superior Court
A TRUE COPY ATTEST:

*Jean Banks*

Jean Banks. Deputy Clerk
10/26/2021

## MINUTES OF THE
## TRUSTEE MEETING OF

GEORGE LAWRENCE DORE TRUST
(Name of Trust)

CSC-OCT26'21AM 9:18

### BANKING RESOLUTION

Date: July 03, 2021

The undersigned Trustee(s) for the above named Trust RESOLVED that :George-Lawrence:Dore, being the Managing Director(s) of this Trust, was/is herein fully authorized by the Board of Trustees to select and make application to anybank or financial institution for the purpose of establishing one or more checking and/or savings accounts in the nameof this Trust. Further, the Managing Director(s) and/or his/her designee, or other officers or agents of this Trust asidentified below, is/are authorized to make deposits and withdrawals, write checks, and maintain such accountswithout further action of the Board of Trustees.

Further, the bank or financial institution is hereby authorized to pay out the funds of this Trust as directed by the authorized signatories without further authorization from the Board of Trustees, whether such directives call for disbursements in cash, to bearer or to the order of any third party.

Further, the suggested title for the account is: GEORGE LAWRENCE DORE TRUST

: George-Lawrence: Dore          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
Signature of Managing Director: :George-Lawrence:Dore          Tax No./EIN

The following persons are authorized to sign checks or withdrawals from any accounts created with the selected bank(s) or institution(s) with identification being required:

: George-Lawrence: Dore          : Jennifer-Anne: Dore
First Authorized Agent :George-Lawrence:Dore          Second Authorized Agent:Jennifer-Anne: Dore  Signature:
Signature:

This BANKING RESOLUTION shall remain in effect until canceled or modified by the Board of Trustees.

### BOARD OF TRUSTEES:

: George-Lawrence: Dore          : Jennifer-Anne: Dore
For The Board of Trustees, :George-Lawrence:Dore          Accepted By :Jennifer-Anne: Dore Signature
Signature:

### WITNESSES

We the undersigned Witnesses hereby STAND and Attest that the fore signed, signed this document on the date listed supra, of their own Free Will, as witnessed by Our Signatures below:

: Skyla - Morgan : Dore          : Slayd - Reggie : Dore
First Witness Signature          Second Witness Signature
Address: 216 Ira's Lane          Address: 216 Ira's Lane
West Ossipee, NH          West Ossipee, NH
03890          03890

THE STATE OF NEW HAMPSHIRE
Carroll County Superior Court
A TRUE COPY ATTEST:

Jean Bun
Jean Banks, Deputy Clerk
10/21/2021

Banking Resolution          Page 1 of 1

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
SUPERIOR COURT

Carroll Superior Court
96 Water Village Rd., Box 3
Ossipee NH 03864

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## RETURN FROM SUPERIOR COURT – HOUSE OF CORRECTIONS

Case Name:   **State v. George L Dore**
Case Number:   **212-2019-CR-00123**

Name: **George L Dore**, 26 Iras Lane  Center Ossipee NH 03814
DOB: August 11, 1967

Charging document:  Complaint

| | | | | |
|---|---|---|---|---|
| **Offense:**<br>Disobeying an Officer | **GOC:** | **Charge ID:**<br>1534007C | **RSA:**<br>265:4 | **Date of Offense:**<br>August 16, 2018 |

Disposition:   Guilty/Chargeable By: Jury

**A finding of GUILTY/CHARGEABLE is entered.**
Conviction:   Misdemeanor

Sentence: see attached

October 26, 2021
Date

Hon. Amy L Ignatius
Presiding Justice

Abigail Albee
Clerk of Court

### MITTIMUS

In accordance with this sentence, the Sheriff is ordered to deliver the defendant to the **Carroll County House of Corrections**. Said institution is required to receive the Defendant and detain him/her until the Term of Confinement has expired or s/he is otherwise discharged by due course of law.

Attest: _____
Clerk of Court

### SHERIFF'S RETURN

I DELIVERED THE DEFENDANT TO THE **Carroll County House of Corrections** and gave a copy of this order to the Superintendent.

Date _____

Sheriff _____

J-ONE: ☒ State Police  ☒ DMV

C:  ☐ Dept. of Corrections       ☐ Offender Records   ☐ Sheriff     ☒ Office of Cost Containment
    ☒ Prosecutor      ☐ Defendant ☒ Defense Attorney James Peter Loring, ESQ
    ☐ Sex Offender Registry ☒ Other CCHOC _____   ☐ _____ Dist Div.

THE STATE OF NEW HAMPSHIRE
Carroll County Superior Court
A TRUE COPY ATTEST:

Jean Banks, Deputy Clerk
10/27/2021

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
http://www.courts.state.nh.us

Court Name: _Carroll Superior Court_

Case Name: _State of NH v. George Dore_

Case Number: _212-2019-CR-123_  Charge ID Number: _1534007C_
(if known)

## HOUSE OF CORRECTIONS SENTENCE

| Plea/Verdict: | Guilty | |
|---|---|---|
| Crime: _Disobeying an officer_ | | Date of Crime: _8/16/2018_ |

A finding of GUILTY/TRUE is entered.

## CONVICTION

This conviction is for a _misdemeanor_

☐ A. The defendant has been convicted of Domestic Violence contrary to RSA 631:2-b or of an offense recorded as Domestic Violence. See attached Domestic Violence Sentencing Addendum.

☐ B. The defendant has been convicted of a misdemeanor, other than RSA 631:2-b or an offense recorded as Domestic Violence, which includes as an element of the offense, the use or attempted use of physical force or threatened use of a deadly weapon, and the defendant's relationship to the victim is:

_____
OR The defendant is cohabiting or cohabited with victim as a _____
OR A person similarly situated to _____

## CONFINEMENT

☑ A. The defendant is sentenced to the House of Corrections for a period of _6 months_.
Pretrial confinement credit is _5_ days.

☑ B. This sentence is to be served as follows:

☑ Stand committed  ☑ Commencing _forthwith_

☐ Consecutive weekends from _____ PM Friday to _____ PM Sunday beginning _____

☑ _All but 45 days_ of the sentence is suspended during good behavior and compliance with all terms and conditions of this order. Any suspended sentence may be imposed after hearing at the request of the State. The suspended sentence begins today and ends _1_ years from ☑ today or ☐ release on charge ID number _____.

☐ _____ of the sentence is deferred for a period of _____.
The Court retains jurisdiction up to and after the deferred period to impose or terminate the sentence or to suspend or further defer the sentence for an additional period of _____.
Thirty (30) days prior to the expiration of the deferred period, the defendant may petition the Court to show cause why the deferred commitment should not be imposed. Failure to petition within the prescribed time will result in the immediate issuance of a warrant for the defendant's arrest.

☐ Other: _____

☐ C. The sentence is ☐ consecutive to case number and charge ID _____
☐ concurrent with case number and charge ID _____

☐ D. The court recommends to the county correctional authority:
☐ Work release consistent with administrative regulations.
☐ Drug and alcohol treatment and counseling.
☐ Sexual offender program.
☐ _____

THE STATE OF NEW HAMPSHIRE
Carroll County Superior Court
A TRUE COPY ATTEST:

_Jean Banks_
Jean Banks, Deputy Clerk
10/27/2021

NHJB-2312-Se (06/24/2020)     Page 1 of 3

**Case Name:** _State v. George Dore_
**Case Number:** _212-2019-CR-00123_        _1534007C_
**HOUSE OF CORRECTIONS SENTENCE**

If required by statute or Department of Corrections policies and procedures, the defendant shall provide a sample for DNA analysis.

## PROBATION

☐ A.  The defendant is placed on probation for a period of _____ year(s), upon the usual terms of probation and any special terms of probation determined by the probation/parole officer.

Effective:        ☐ Forthwith        ☐ Upon release from _____

The defendant is ordered to report immediately, or immediately upon release, to the nearest Probation/Parole Field Office.

☐ B.  Subject to the provisions of RSA 504-A:4, III, the probation/parole officer is granted the authority to impose a jail sentence of 1 to 7 days in response to a violation of a condition of probation, not to exceed a total of 30 days during the probationary period.

**Violation of probation or any of the terms of this sentence may result in revocation of probation and imposition of any sentence within the legal limits for the underlying offense.**

## FINANCIAL OBLIGATIONS

☐ A. **Fines and Fees:**

Fine of $ _____, plus a statutory penalty assessment of $ _0.00_____ to be paid:

☐ Today

☐ By _____

☐ Through the Department of Corrections as directed by the Probation/Parole Officer.  A 10 % service charge is assessed by DOC for the collection of fines and fees, other than supervision fees.

☐ $ _____ of the fine and $ _____ of the penalty assessment is suspended for _____ year(s).

**A $25.00 fee is assessed in each case file when a fine is paid on a date later than sentencing.**

☐ B. **Restitution:**

The defendant shall pay restitution of $ _____ to _____

☐ Restitution shall be paid through the Department of Corrections as directed by the Probation/Parole Officer.  A 17% administrative fee is assessed for the collection of restitution.

☐ At the request of the defendant or the Department of Corrections, a hearing may be scheduled on the amount or method of payment of restitution.

☐ Restitution is not ordered because: _____

☐ C. **Appointed Counsel: NOTE:** Financial Obligations, Section C is NOT a term and condition of the sentence.

☐ The Court finds that the defendant has the ability to pay:

counsel fees and expenses in the amount of $ _____

payable through _____ in the amount of $ _____ per month.

☐ The Court finds that the defendant has no ability to pay counsel fees and expenses.

_____

_____

'HE STATE OF NEW HAMPSHIRE
Carroll County Superior Court
A TRUE COPY ATTEST·

_Jean Ban her_
Jean Banks  Deputy Clerk
10/27/2021

Case Name: _____ State v. George Dore
Case Number: _____ 212-2019-CR-00133

**HOUSE OF CORRECTIONS SENTENCE**                                  1534007C

## OTHER CONDITIONS

☑ A. The defendant is to participate meaningfully and complete any counseling, treatment and educational programs as directed by the correctional authority or Probation/Parole Officer.

☑ B. The defendant's _licure to drive_ in New Hampshire is revoked for a period of _6 months_ effective _10/26/2021_

☐ C. Under the direction of the Probation/Parole Officer, the defendant shall tour the _____

☐ D. The defendant shall perform _____ hours of community service and provide proof to _____ within _____ _____ of today's date.

☐ E. The defendant is ordered to have no contact with _____ either directly or indirectly, including but not limited to contact in-person, by mail, phone, e-mail, text message, social networking sites and/or third parties.

☐ F. Law enforcement agencies may ☐ destroy the evidence ☐ return evidence to its rightful owner.

☑ G. The defendant is ordered to be of good behavior and comply with all the terms of this sentence.

☐ I. Other: _____

For Court Use Only

Amy Gnat
10/26/2021

THE STATE OF NEW HAMPSHIRE
Carroll County Superior Court
A TRUE COPY ATTEST·

Joan Banks. Deputy Clerk
10/27/2021

NHJB-2312-Se (08/24/2020)                    Page 3 of 3

Filed
File Date: 10/21/2020 8:44 AM
Carroll Superior Court
E-Filed Document

# The State of New Hampshire
## SUPERIOR COURT COMPLAINT

**Case Number:** 212-2019-CR-00123          **Charge ID:** 1534007C

| ☐ | **MISDEMEANOR** | ☒ CLASS A | ☐ CLASS B | ☐ UNCLASSIFIED (non person) | |
|---|---|---|---|---|---|
| **VIOLATION** | FELONY | ☐ CLASS A | ☐ CLASS B | ☐ SPECIAL | ☐ UNCLASSIFIED (non person) |

You are to appear at the:  **Carroll County Superior Court**
address:  **93 Water Village Road, 3rd Floor**
in:  **Ossipee, NH 03864**
at:
on:

Under penalty of law to answer to a complaint charging you with the following offense:

### THE UNDERSIGNED COMPLAINS THAT:

| DORE | | GEORGE | | L. | |
|---|---|---|---|---|---|
| Last Name | | First Name | | Middle Name | |

| **26 IRAS LANE** | | | **OSSIPEE** | **NH** | 03864 |
|---|---|---|---|---|---|
| Address | | | City | State | Zip |

| M | W | 6'02 | 215 | BRO | GRY |
|---|---|---|---|---|---|
| Sex | Race | Height | Weight | Eye Color | Hair Color |

| 08/11/1967 | 08DEG67111 | | **NH** | |
|---|---|---|---|---|
| DOB | License #: | | OP License State: | |

☐ COMM. VEH.          ☐ COMM. DR. LIC.          ☐ HAZ. MAT.          ☐ 16+ PASSENGER

AT: **Route 16B, Ossipee, New Hampshire,**
on or about the 16th day of **August, 2018,**
in the above county and state, did commit the offense of:
RSA Name: **Disobeying an Officer**
Contrary to RSA: **265:4, I(e)**
Inchoate: _____
(Sentence Enhancer): _____

And the laws of New Hampshire for which the defendant should be held to answer, in that:

1. **George Dore;**
2. **While driving or in charge of a vehicle;**
3. **Knowingly;**
4. **Refused, on demand of a law enforcement officer, to produce his license to drive the vehicle or his certificate of registration;**
5. **To wit, George Dore was driving a pick-up truck and refused to give his driver's license to Trooper Hawley Rae after she pulled him over for a traffic stop.**

against the peace and dignity of the State.
☐ Additional allegations are attached.

Date: October 20, 2020

*Thomas Palermo*

Prosecutor's Signature
Assistant County Attorney

Thomas D. Palermo, Esq. #271593
NH Bar ID# and Printed Name

Carroll County Attorney's Office
Prosecuting Attorney's Office

NHJB-2486-S  (12/01/16)