FILED - USDC -NH
2021 NOV 2 PM 1:54

Jennifer-Anne: Dore
c/o PO Box 479, Madison, New Hampshire
[03849]
Telephone: 603-986-0484
Email: jenndore3@outlook.com

Authorized Representative
for Alleged Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| THE STATE OF NEW HAMPSHIRE, | )<br>)<br>) |
| Fictitious Plaintiff, | )<br>) |
| v. | )  21-CV-857-LM<br>) Case No. 212-2019-CR-00123 |
| GEORGE L. DORE | )<br>) |
| Alleged Defendant.<br>*Ens Legis* | )<br>)<br>) |

**NOTICE OF REMOVAL OF STATE COURT ACTION
TO UNITED STATES DISTRICT COURT**

TO: THE HONORABLE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE

PLEASE TAKE NOTICE that alleged defendant GEORGE L. DORE has removed to the United States District Court for the District of New Hampshire all claims and causes of action in the criminal action styled *STATE OF NEW HAMPSHIRE v. GEORGE L. DORE* Case No. 212-2019-CR-00123 ("State Court Action") now pending in the CARROLL COUNTY SUPERIOR COURT pursuant to 28 U.S.C. § 1455. A copy of all process, pleadings and

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
FILED
NOV 02 2021

orders served upon alleged defendants* to date in the State Court Action are attached as Exhibit A.

Alleged Defendant's* grounds for removal are as follows:

**1. The State Courts have demonstrated a complete Disrepute for the Law**

**A. Article 1 Section 10 of U.S. Constitution.** The State Court Action is removable to this Court pursuant to 28 U.S.C. § 1455 as the fictitious plaintiff's cause of action is enforcement for an Ex Post Defacto Law. Please see Legal Notice and Demand attached in exhibit A, the State Court and its Agents are under contract presented by the Authorized Representative. Fictitious Plaintiff alleges an injury done by a legal entity named GEORGE L. DORE. Plaintiff does not allege any other federal or state statute claims. Accordingly, this matter presents a blatant failure to positively identify the parties in order to enforce an Ex Post Defacto Law, which presents a federal question of breach of duty pursuant to Article 1 Section 10 of the United States Constitution.

**B. 4th Amendment of Bill of Rights.** In addition, the alleged statutory violation has arisen out of the Authorized Representative's duty to resist unlawful arrest.[1] The original alleged offense arose out of a failure to provide a "Driver's License," which is not an arrestable offense according to Federal Precedent[2], providing no effective or lawful instrument for the officer to execute. The final arrest and eventual conviction named in the docket arose out of a defective warrant. Please see the attached defective warrant in Exhibit A. The warrant is not endorsed properly by a sworn in judge, a violation of the 4th Amendment of the Bill of Rights.

---

1 Any arrest made without a warrant, if challenged by the defendant, is presumptively invalid...the burden is upon the state to justify it as authorized by statute and as not violative of constitutional provisions.'" *State v. Mastrain,* 171 N.W.2d 695.

2. Speeding, driving without a license, wrong plates or no plates, no registration, no tags, etc., have been held to be "non-arrestable" offenses (*Cal v. Fareley,* 98 Cal. repl. 89., 20 CA 3d 1032)

*Ens Legis, a creature of language, a fictional entity.*

The accused must be properly identified, identified in such a fashion there is no room for mistaken identity. The individual must be singled out from all others; otherwise, anyone could be subject to arrest and trial without benefit of "wrong party" defense. Almost always, the means of identification is a person's proper name, BUT ANY MEANS OF IDENTIFICATION IS EQUALLY VALID IF SAID MEANS DIFFERENTIATES THE ACCUSED WITHOUT DOUBT. (There is no constitutionally valid requirement you must identify yourself, see 4th Amendment, also see, brown v. Texas, 443 US 47 and Kolender v. Lawson, 461 US 352.)

The current arrest warrant listed in Exhibit A is for a forfeiture of bond for "failure to appear." The Judge is committing fraud on the court, as the Authorized representative has filed a notice of special appearance for the alleged defendant* for the day the forfeiture was alleged, also found in Exhibit A. The judge is now soliciting the Sheriff to harass the family of the Authorized Representative to enforce a defective warrant. The Authorized Representative and his persons* are requesting protection from the State Authorities while this Honorable Federal Court Removes this case from the State.

### C. 6th Amendment of Bill of Rights:

The State court is in violation of the sixth amendment of the United States Consitution, which requires that the court make a positive determination on the nature and cause of the action being brought against the alleged defendent*. Please see the attached paperwork filed in the case in Exhibit A, as the question of nature and cause has already been brought forward and to the attention of the State. The State has failed to answer any of the Authorized's presentments, notices, rebuttals, interrogatories, presented to the Carroll County District Attorney's office. The Authorized and his persons* are requesting removal of this case on the grounds of failure to uphold the Constitution of the United States given in the State officials' oaths of office. The Authorized Representative has no faith in the State Court's ability to properly execute due process of law as required by the State and Federal Constitutions.

*Ens Legis, a creature of language, a fictional entity.*

NOTICE OF REMOVAL OF STATE COURT ACTION TO FEDERAL COURT    Page 3 of 5
STATE OF NEW HAMPSHIRE v. GEORGE L. DORE Case No. 212-2019-CR-00123

The violations of Constitutional Provisions and BREACH OF TRUST provide this Honorable Court jurisdiction over this matter.

**2. This Notice of Removal meets all requirements pursuant to 28 U.S.C. § 1455**

a. Given the nature of these Constitutional violations, the Authorized Representative is requesting "district court may enter an order granting the defendant or defendants leave to file the notice at a later time.." The Authorized Representative requests relief from any untimeliness this notice may incure.

b. This Court has personal jurisdiction over the parties.

c. Alleged Defendant* is the only named defendant in the Docket.

d. Defendant* has provided written notice of this Notice to counsel or record for plaintiff. A true and complete copy of this Notice will be filed in the State Court Action.

///

///

///

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
NOV 02 2021
FILED

Dated: November 2nd, 2021

By: *Jennifer-Anne: Dore*
Jennifer-Anne: Dore

Authorized Representative for Alleged Defendent.

**Certificate of Service**

The undersigned certifies that on November 2nd, 2021, a copy of the foregoing document was served via personal service, to:

Carroll County Superior Court
96 Water village Road #3,
Ossipee New Hamphsire, 03864

/s/ *Jennifer-Anne: Dore*

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
NOV 02 2021
FILED

# EMERGENCY NOTICE OF REMOVAL

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
NOV 02 2021
FILED