UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

George L Dore,
  by Jennifer-Anne:Dore

    v.

                                  Case No. 21-cv-857-LM

Carroll County Department of
Corrections et al.

JUDGMENT

In accordance with the Order by Chief Judge Landya B. McCafferty dated November 19, 2021, approving the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 28, 2021, judgment is hereby entered.

                                        By the Court:

                                        /s/Tracy A. Uhrin_____
                                        Tracy A. Uhrin
                                        Chief Deputy Clerk

Date: November 19, 2021

cc: Jennifer-Anne:Dore